**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DR. MARY ROOF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HOWARD UNIVERSITY | ) | Civil Action No. 1:07-CV-00639 (ESH) |
| | ) | |
| and | ) | |
| | ) | |
| Dr. IAN I. SMART | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANT HOWARD UNIVERSITY'S CONSENT MOTION TO EXTEND TIME TO ANSWER OR RESPOND TO THE COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b) and 12, defendant Howard University moves for an Order extending to May 23, 2007 the time for it to answer or respond to the Complaint.

The Complaint was served on defendant on April 23, 2007. The undersigned counsel was then engaged to defend this suit for the University. The short extension requested by defendant Howard University (10 days) will not materially delay the proceedings in this case, and will be useful so that defendant can answer or respond to the Complaint in a more thorough manner. Plaintiff's counsel consented to this motion during a teleconference on May 2, 2007.

The Court has authority under Fed. R. Civ. P. 6(b) to enlarge the time for Defendant's Answer or response to the Complaint.

A proposed Order is provided.

Respectfully submitted,

Daniel I. Prywes (D.C. Bar No. 342394)
Stacey Terry Ormsby (D.C. Bar No. 490995)
BRYAN CAVE LLP
700 Thirteenth Street, N.W., Suite 700
Washington, D.C. 20005
Phone: (202) 508-6000
Fax:    (202) 220-7394

May 7, 2007                        Counsel for Defendant Howard University

## CERTIFICATE OF SERVICE

I hereby certify that, on May 7, 2007, I caused a true and correct copy of the foregoing

Consent Motion to be served by first class mail, postage prepaid, on:


R. Scott Oswald
The Employment Law Group, P.C.
888 17th Street, N.W., Suite 900
Washington, D.C. 20006

*Counsel for Plaintiff*

John F. Karl, Jr., Esq.
Karl & Tarone
Suite 1250
900 Seventeenth Street, N.W.
Washington, D.C.   20006

*Counsel for Defendant Ian Smart, Ph.D.*


Daniel I. Prywes

## UNITED STATES DISTRICT COURT

| | |
|---|---|
| DR. MARY ROOF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HOWARD UNIVERSITY | ) |
| | ) Civil Action No. 1:07-CV-00639 (ESH) |
| and | ) |
| | ) |
| Dr. IAN I. SMART, | ) |
| | ) |
| Defendants. | ) |
| | ) |

---

### ORDER

Upon consideration of the Defendant's motion to extend the time for it to answer or respond to the Complaint in this suit, the consent of Plaintiff, and the entire record of these proceedings;

IT IS HEREBY ORDERED:

1.    The motion is GRANTED.

2.    Defendant Howard University shall have until May 23, 2007 to answer or otherwise respond to the Complaint.

_____
Judge Ellen S. Huvelle
United States District Judge

-2-

Copies to:

R. Scott Oswald, Esq.
Adam Augustine Carter, Esq.
The Employment Law Group, P.C.
888 17th Street, N.W., Suite 900
Washington, D.C. 20006

*Counsel for Plaintiff*

Daniel I. Prywes, Esq.
Stacey T. Ormsby, Esq.
BRYAN CAVE LLP
700 Thirteenth Street, N.W., Suite 700
Washington, D.C. 20005

*Counsel for Defendant Howard University*

John F. Karl, Jr., Esq.
Karl & Tarone
Suite 1250
900 Seventeenth Street, N.W.
Washington, D.C.   20006

*Counsel for Defendant Ian Smart, Ph.D.*