**ORIGINAL**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

MAY 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **DR. MARY ROOF,** | ) | |
| Plaintiff, | ) | C.A. No. 07-639 ESH |
| v. | ) | |
| **HOWARD UNIVERSITY** | ) | |
| And | ) | |
| **DR. IAN I SMART,** | ) | |
| Defendants. | ) | |

**CONSENT MOTION OF DEFENDANT IAN I. SMART FOR ENLARGEMENT OF TIME FOR FILING ANSWER OR OTHERWISE RESPONDING TO COMPLAINT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Defendant Ian I. Smart respectfully requests the Court grant him an enlargement of time of thirty days for filing an Answer or otherwise responding to the Complaint, which was served on April 25, 2007..

Defendant needs this time to ascertain whether he has insurance coverage that will provide a defense in this matter and to retain other counsel in the event that his insurance company does not provide a defense.

Counsel for plaintiff, R. Scott Oswald graciously consented to this motion.

Accordingly, plaintiff respectfully requests the Court enlarge the time for filing an Answer or otherwise responding to the Complaint to and including June 14, 2007. A draft Order is attached.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DR. MARY ROOF,** ) | |
| ) | |
| Plaintiff, ) | C.A. No. 07-639 ESH |
| ) | |
| v. ) | |
| ) | |
| **HOWARD UNIVERSITY** ) | |
| ) | |
| And ) | |
| ) | |
| **DR. IAN I SMART,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the Consent Motion of Defendant Ian Smart for Enlargement of Time for Filing An Answer or Otherwise Responding to the Complaint, the lack of Opposition thereto and the entire record herein, it is this ____ day of May, 2007, hereby

ORDERED that Defendant's Motion should be, and hereby is, granted; and it is further

ORDERED that Defendant shall file his Answer, or otherwise respond to the Complaint no later than June 14, 2007.

_____
Ellen S. Huvelle

cc:

    R. Scott Osward, Esquire
    The Employment Law Group P.C.
    888 17th Street, N.W
    Suite 900
    Washington, D.C. 20006
    Counsel for Plaintiff

    Daniel I. Prywes, Esquire
    Stacey T. Ormsby, Esquire
    BRYAN CAVE, LLP
    700 Thirteenth St., N.W.
    Suite 700
    Washington, D.C. 20005
    Counsel for Defendant Howard University

    Professor Ian I. Smart
    10101 Green Forest Dr.
    Adelphi, MD 20783
    Defendant *Pro se*

Respectfully submitted,

_____
Ian I. Smart
10101 Green Forest Dr.
Adelphi, MD 20783
Plaintiff *pro se*


## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Consent Motion on all parties by mailing a copy thereof by first class mail, postage prepaid, on this 14th day of May, 2007 to:


R. Scott Osward, Esquire
The Employment Law Group P.C.
888 17th Street, N.W
Suite 900
Washington, D.C. 20006
Counsel for Plaintiff

Daniel I. Prywes, Esquire
Stacey T. Ormsby, Esquire
BRYAN CAVE, LLP
700 Thirteenth St., N.W.
Suite 700
Washington, D.C. 20005
Counsel for Defendant Howard University

_____
Ian I. Smart