UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. MARY ROOF, | ) |
| Plaintiff, | ) |
| v. | ) |
| HOWARD UNIVERSITY, *et al.*, | ) Civil Action No. 1:07-CV-00639 (ESH) |
| Defendants. | ) |

## CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned counsel of record for defendant Howard University, certify to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of defendant Howard University which have any outstanding securities in the hands of the public:

None.

These representations are made in order that the Judges of this Court may determine the need for recusal.

Respectfully Submitted,

_____
Daniel I. Prywes (D.C. Bar No. 342394)
Stacey Terry Ormsby (D.C. Bar No. 490995)
BRYAN CAVE LLP
700 Thirteenth Street, N.W., Suite 700
Washington, D.C. 20005
Phone: (202) 508-6000
Fax:    (202) 220-7394

Dated: May 23, 2007

Attorneys of Record for Defendant Howard University

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2007, I caused the foregoing Certificate to be served electronically on Plaintiff's counsel, and by first-class mail, postage prepaid upon:

> Ian I. Smart, Ph.D.
> 10101 Green Forest Drive
> Adelphi, MD  20783

_____
Daniel I. Prywes