UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. MARY ROOF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-00639 |
| ) | Hon. Ellen S. Huvelle |
| ) | |
| HOWARD UNIVERSITY, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

*CONSENT* MOTION FOR ENLARGEMENT OF TIME TO
FILE PLAINTIFF'S OPPOSITION TO DEFENDANT HOWARD
UNIVERSITY'S MOTION TO DISMISS AND FOR A STAY OF DISCOVERY

Plaintiff Dr. Mary Roof, by and through counsel, hereby moves the Court for an enlargement of time to file Plaintiff's Opposition to Defendant Howard University's Motion to Dismiss and For a Stay of Discovery. Defendant Howard University's Motion to Dismiss and For a Stay of Discovery was served on Plaintiff on May 23, 2007. Plaintiff requests that the deadline for filing the Opposition be June 14, 2007. The short extension requested by Plaintiff (10 days) will not materially delay the proceedings in this case. Moreover, Defendant Howard University's counsel graciously consented to this motion on May 29, 2007.

A proposed Order is provided.

Respectfully submitted,


/s/ Adam Augustine Carter
R. Scott Oswald, DC Bar No. 458859
Adam Augustine Carter, DC Bar No. 437381
The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006
(202) 261-2806
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.net
acarter@employmentlawgroup.net
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of May, 2007, a true and correct copy of the foregoing *Consent* Motion for Enlargement of Time to File Plaintiff's Opposition to Defendant Howard University's Motion to Dismiss and for a Stay of Discovery has been served upon the following via ECF:

Daniel I. Prywes, Esq.
BRYAN CAVE
700 Thirteenth Street, N.W.
Washington, D.C.  20005-3960

*Counsel for Defendant Howard University*

and by certified U.S. mail, postage prepaid upon:

Dr. Ian I. Smart
10101 Green Forest Drive
Adelphi, MD  20783

*Pro se*

/s/ Adam Augustine Carter
Adam Augustine Carter

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DR. MARY ROOF, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Case No. 1:07-cv-00639 |
|  | ) Hon. Ellen S. Huvelle |
|  | ) |
| HOWARD UNIVERSITY, *et al.*, | ) |
|  | ) |
| Defendants. | ) |

## ORDER

UPON CONSIDERATION of the Consent Motion for Enlargement of Time to File Plaintiff's Opposition to Defendant Howard University's Motion to Dismiss and for a Stay of Discovery, Defendant Howard University's consent thereto, and the entire record herein, it is by the Court this _____ day of _____, 2007

ORDERED that the motion be, and hereby is, granted; and it is further

ORDERED that the Plaintiff file her opposition memorandum on or before June 14, 2007.

_____
The Hon. Ellen S. Huvelle
United States District Judge

cc:  All counsel of record

Dr. Ian I. Smart
10101 Green Forest Drive
Adelphi, MD  20783

4