UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DR. MARY ROOF,** | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 07-639 ESH |
| | ) | |
| v. | ) | |
| | ) | |
| **HOWARD UNIVERSITY** | ) | |
| | ) | |
| And | ) | |
| | ) | |
| **DR. IAN I. SMART,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PRAECIPE**

The Clerk of the Court will enter the appearance of the undersigned as counsel for defendant

Dr. Ian I. Smart.

Respectfully submitted,

_____/S/_____

John F. Karl, Jr.  292458
Karl & Tarone
900 17th Street, N.W.
Suite 1250
Washington, D.C. 20006
(202) 293-3200
Counsel for Defendant Dr. Ian I. Smart