UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DR. MARY ROOF, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:07-cv-00639 |
|  | ) Hon. Ellen S. Huvelle |
| HOWARD UNIVERSITY, *et al.*, | ) |
| Defendants. | ) |

### *JOINT* MOTION TO ESTABLISH BRIEFING SCHEDULE REGARDING DEFENDANT HOWARD UNIVERSITY'S MOTION TO DISMISS AND FOR A STAY OF DISCOVERY

Plaintiff Dr. Mary Roof and Defendant Howard University, by and through counsel, hereby move the Court to establish a briefing schedule regarding Defendant Howard University's Motion to Dismiss and For a Stay of Discovery. Defendant Howard University's Motion to Dismiss and For a Stay of Discovery was served on Plaintiff on May 23, 2007, and Plaintiff's Opposition, per this Court's order of May 30, 2007, is due July 14, 2007. In light of Plaintiff's filing of an amended complaint on June 6, 2007, however, the Parties have consulted and agreed to the following schedule: Defendant Howard University will have until July 11, 2007, to file its Answer or Supplemental Motion to Dismiss or other responsive pleading to Plaintiff's Amended Complaint, and Plaintiff will have until July 25, 2007, to file its Opposition.

A proposed Order is attached.

Respectfully submitted,

/s/ Adam Augustine Carter  
R. Scott Oswald, DC Bar No. 458859  
Adam Augustine Carter, DC Bar No. 437381  
The Employment Law Group, P.C.  
888 17th Street, NW, Suite 900  
Washington, D.C. 20006  
(202) 261-2806  
(202) 261-2835 (facsimile)  
soswald@employmentlawgroup.net  
acarter@employmentlawgroup.net  
*Counsel for Plaintiff*

/s/ Daniel I. Prywes  
Daniel I. Prywes, DC Bar No. 342394  
Stacey Terry Ormsby, DC Bar No. 490995  
BRYAN CAVE  
700 Thirteenth Street, N.W.  
Washington, D.C. 20005-3960  
(202) 508-6094  
(202) 220-7395 (facsimile)  
daniel.prywes@bryancave.com  
*Counsel for Howard University*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of June, 2007, a true and correct copy of the foregoing *Joint* Motion to Establish a Briefing Schedule Regarding Defendant Howard University's Motion to Dismiss and For a Stay of Discovery has been served upon the following via ECF:

John F. Karl, Jr., Esq.
Karl & Tarone
900 Seventeenth Street, N.W.
Suite 1250
Washington, D.C. 20006

*Counsel for Defendant Dr. Ian I. Smart*


/s/ Adam Augustine Carter
Adam Augustine Carter

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. MARY ROOF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-00639 |
| ) | Hon. Ellen S. Huvelle |
| ) | |
| HOWARD UNIVERSITY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

UPON CONSIDERATION of the *Joint* Motion to Establish a Briefing Schedule Regarding Defendant Howard University's Motion to Dismiss and For a Stay of Discovery, and the entire record herein, it is by the Court this _____ day of _____, 2007

ORDERED that the motion be, and hereby is, granted; and it is further

ORDERED that Defendant Howard University shall file its Answer or Supplemental Motion to Dismiss or other responsive pleading to Plaintiff's Amended Complaint on or before July 11, 2007, and Plaintiff shall file her opposition memorandum on or before July 25, 2007.

_____
The Hon. Ellen S. Huvelle
United States District Judge

cc:  All counsel of record