UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DR. MARY ROOF,** | ) |
| Plaintiff, | ) C.A. No. 07-639 ESH |
| v. | ) |
| **HOWARD UNIVERSITY** | ) |
| And | ) |
| **DR. IAN I SMART,** | ) |
| Defendants. | ) |

**CONSENT MOTION OF DEFENDANT IAN I. SMART FOR ENLARGEMENT OF TIME FOR FILING ANSWER OR OTHERWISE RESPONDING TO AMENDED COMPLAINT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Defendant Ian I. Smart respectfully requests the Court grant him an enlargement of time of thirteen business days for filing an Answer or otherwise responding to the Amended Complaint, which was filed on June 6, 2007. The response to the Amended Complaint is due June 25, 2007.

Counsel for defendant Ian Smart needs additional time because of the press of other deadlines and because defendant's counsel will be away on a family vacation from June 29 through July 10, 2007.

The undersigned counsel for defendant is also exploring the possibility of settlement with Professor Roof.

Counsel for plaintiff, R. Scott Oswald graciously consented to this motion.

Accordingly, plaintiff respectfully requests the Court enlarge the time for filing an Answer or otherwise responding to the Complaint to and including July 11, 2007. A draft Order is attached.

          Respectfully submitted,


          _____/S/_____
          John F. Karl, Jr.  292458
          Karl & Tarone
          900 17th Street, N.W.
          Suite 1250
          Washington, D.C. 20006
          (202) 293-3200
          Counsel for Defendant Ian I. Smart

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DR. MARY ROOF,**  )
                   )
   Plaintiff,      )   C.A. No. 07-639 ESH
                   )
v.                 )
                   )
**HOWARD UNIVERSITY** )
                   )
   And             )
                   )
**DR. IAN I SMART,** )
                   )
   Defendants.     )

**ORDER**

Upon consideration of the Consent Motion of Defendant Ian Smart for Enlargement of Time for Filing An Answer or Otherwise Responding to the Complaint, the lack of Opposition thereto, and the entire record herein, it is this ____ day of June, 2007, hereby

ORDERED that Defendant's Motion should be, and hereby is, granted; and it is further

ORDERED that Defendant shall file his Answer, or otherwise respond to the Complaint no later than July 11, 2007.

_____
Ellen S. Huvelle

cc: BY ECF

    R. Scott Osward, Esquire
    The Employment Law Group P.C.
    888 17th Street, N.W
    Suite 900
    Washington, D.C. 20006
    Counsel for Plaintiff

    Daniel I. Prywes, Esquire
    Stacey T. Ormsby, Esquire
    BRYAN CAVE, LLP
    700 Thirteenth St., N.W.
    Suite 700
    Washington, D.C. 20005
    Counsel for Defendant Howard University

    John F. Karl, Jr.
    Karl & Tarone
    900 17th Street, N.W.
    Suite 1250
    Washington, D.C. 20006
    Counsel for Defendant Ian I. Smart