**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DR. MARY ROOF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-00639 |
| ) | Hon. Ellen S. Huvelle |
| ) | |
| HOWARD UNIVERSITY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR ENLARGEMENT OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT DR. IAN I. SMART'S MOTION FOR A STAY OF DISCOVERY**

Plaintiff Dr. Mary Roof, by and through counsel, hereby moves the Court for an enlargement of time to file Plaintiff's Opposition to Defendant Dr. Ian I. Smart's ("Smart") Motion to for a Stay of Discovery. Defendant Smart's Motion for a Stay of Discovery was served on Plaintiff on June 20, 2007. Plaintiff requests that the deadline for filing her Opposition be July 12, 2007. Plaintiff sought consent for this motion, but Defendant Smart's counsel is out of the office until July 9, 2007. The short extension requested by Plaintiff (seven days) will not materially delay the proceedings in this case, nor prejudice any party.

A proposed Order is provided.

2

Respectfully submitted,

/s/ Adam Augustine Carter
R. Scott Oswald, DC Bar No. 458859
Adam Augustine Carter, DC Bar No. 437381
The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006
(202) 261-2806
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.net
acarter@employmentlawgroup.net
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of July, 2007, a true and correct copy of the foregoing Motion for Enlargement of Time to File Plaintiff's Opposition to Defendant Smart's Motion for a Stay of Discovery has been served upon the following via ECF:

Daniel I. Prywes, Esq.
BRYAN CAVE
700 Thirteenth Street, N.W.
Washington, D.C. 20005-3960

*Counsel for Defendant Howard University*

and

John F. Karl, Jr.
Karl & Tarone
900 Seventeenth Street, N.W.
Suite 1250
Washington, D.C. 20006

*Counsel for Defendant Dr. Ian I. Smart*

                                          /s/ Adam Augustine Carter
                                          Adam Augustine Carter

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. MARY ROOF, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HOWARD UNIVERSITY, *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 1:07-cv-00639<br>Hon. Ellen S. Huvelle |

## ORDER

UPON CONSIDERATION of the Motion for Enlargement of Time to File Plaintiff's Opposition to Defendant Smart's Motion for a Stay of Discovery and the entire record herein, it is by the Court this _____ day of _____, 2007,

ORDERED that the motion be, and hereby is, granted; and it is further

ORDERED that Plaintiff file her opposition memorandum on or before July 12, 2007.

_____
The Hon. Ellen S. Huvelle
United States District Judge

cc:  All counsel of record

4