UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. MARY ROOF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-00639 |
| ) | Hon. Ellen S. Huvelle |
| ) | |
| HOWARD UNIVERSITY, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### *CONSENT* MOTION FOR ENLARGEMENT OF TIME
### TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT
### DR. IAN I. SMART'S MOTION FOR A STAY OF DISCOVERY

Plaintiff Dr. Mary Roof, by and through counsel, hereby moves the Court for an enlargement of time to file Plaintiff's Opposition to Defendant Dr. Ian I. Smart's ("Smart") Motion to for a Stay of Discovery. Defendant Smart's Motion for a Stay of Discovery was served on Plaintiff on June 20, 2007. Plaintiff's Opposition is currently due on or before July 12, 2007. The short extension requested by Plaintiff (14 days) will neither materially delay the proceedings in this case nor prejudice any party. Moreover, Defendant Smart's counsel graciously consented to this motion on July 10, 2007.

A proposed Order is provided.

Respectfully submitted,


/s/ R. Scott Oswald
R. Scott Oswald, DC Bar No. 458859
Adam Augustine Carter, DC Bar No. 437381
The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006
(202) 261-2806
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.net
acarter@employmentlawgroup.net
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of July, 2007, a true and correct copy of the foregoing *Consent* Motion for Enlargement of Time to File Plaintiff's Opposition to Defendant Smart's Motion for a Stay of Discovery has been served upon the following via ECF:

Daniel I. Prywes, Esq.
BRYAN CAVE
700 Thirteenth Street, N.W.
Washington, D.C. 20005-3960

*Counsel for Defendant Howard University*

and

John F. Karl, Jr.
Karl & Tarone
900 Seventeenth Street, N.W.
Suite 1250
Washington, D.C. 20006

*Counsel for Defendant Dr. Ian I. Smart*

        /s/ R. Scott Oswald
        R. Scott Oswald

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DR. MARY ROOF, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:07-cv-00639 |
|  | ) Hon. Ellen S. Huvelle |
| HOWARD UNIVERSITY, *et al.*, | ) |
| Defendants. | ) |

### ORDER

UPON CONSIDERATION of the *Consent* Motion for Enlargement of Time to File Plaintiff's Opposition to Defendant Smart's Motion for a Stay of Discovery and the entire record herein, it is by the Court this _____ day of _____, 2007,

ORDERED that the motion be, and hereby is, granted; and it is further

ORDERED that Plaintiff file her opposition memorandum on or before July 26, 2007.

_____
The Hon. Ellen S. Huvelle
United States District Judge

cc:  All counsel of record

4