**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DR. MARY ROOF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HOWARD UNIVERSITY | ) | Civil Action No. 1:07-CV-00639 (ESH) |
| | ) | |
| and | ) | |
| | ) | |
| DR. IAN I. SMART, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

---

## DEFENDANT HOWARD UNIVERSITY'S ANSWER

Defendant Howard University ("University"), through counsel, answers the Amended Complaint of Plaintiff Mary Roof, Ph.D. ("Roof") and denies each and every averment except as expressly admitted.

The University responds as follows to the numbered paragraphs of the Amended Complaint.

### Introduction

1.      The University admits that the averments of this paragraph characterize Roof's claims, but the University denies that any of those claims have merit.

2.      The University admits that Roof is Caucasian and a tenured Associate Professor at the University, which is an "Historically Black College and University." The University admits that Dr. Ian Smart ("Smart") is a native of Trinidad, and that he is a Professor at the University. The University denies the remaining averments of this paragraph.

3.    The University admits that Dr. Smart sent a series of e-mails to Roof, and that Roof reported e-mails to her Department Chair and complained about them.  The University denies the remaining averments of this paragraph.

4.    Denied.

5.    Denied.

6.    Denied.

7.    Denied.

## Jurisdiction and Venue

8.    The University admits that the Court has jurisdiction to consider the claims asserted under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.* ("Title VII").  The University admits that the Court has supplemental jurisdiction over the state-law claims asserted in the Complaint, subject to the limitations of 28 U.S.C. Section 1367.

9.    The University admits that venue is proper in this District, that a substantial part of the events giving rise to the claim occurred in this judicial district, and that the University is located in this judicial district.   Defendant otherwise denies the averments of this paragraph.

## Parties

10.    Defendant admits that Roof is an Associate Professor at the University and is a resident of the State of Maryland.

11.    Admitted.

12.    Defendant admits that Smart is a Professor at the University and a resident of the State of Maryland.

### Factual Allegations

13.     Admitted.  The University further states that it is an Equal Employment Opportunity employer.

14.     The University admits that its mission includes providing educational opportunities for African-American men and women, but denies any suggestion that this is its entire mission or that it does not provide equal educational and employment opportunity to all persons.

15.     The University admits that the majority of its students are African American, and that a majority of its faculty are Black.  The University lacks knowledge or information sufficient to form a belief as to the truth of the remaining averments in this paragraph, and therefore denies them.

16.     Admitted.

17.     Admitted.

18.     The University admits that Roof is currently a tenured Graduate Associate Professor of Spanish and a tenured Associate Professor in the University's Department of Modern Languages and Literature.  The University denies that Roof is a "Junior Faculty Member" because no such denomination exists for tenured faculty.

19.     The University admits that Smart is a native of Trinidad and is of African descent. The University lacks knowledge or information sufficient to form a belief as to the truth of the remaining averments in this paragraph, and therefore denies them.

20.     The University admits that Smart is currently a tenured Professor of Spanish and a faculty member of the University's Department of Modern Languages and Literature.   The University denies that Smart is a "Senior Faculty Member" because no such denomination exists for tenured faculty.

21.     The University admits that Smart has offered for sale a book he claims to have authored called *Dude, Where's My HBCU?*  The University is without knowledge or information sufficient to form a belief as to truth of the remaining averments of this paragraph, and therefore denies them.

22.     The University admits that Smart has a personal website.   The University is without knowledge or information sufficient to form a belief as to truth of Plaintiff's description of the content of that website or blog, and therefore denies the remaining averments of this paragraph.

23.     The University admits that Smart sent five e-mails to Roof during the period from January 9 and 12, 2006, and copies were sent to various other persons as listed in the e-mails.

24.     The University admits that Smart sent an e-mail to Roof on January 9, 2006, a copy of which is attached as Exhibit A.  The University refers to Exhibit A for its contents, and otherwise denies the averments of this paragraph.

25.     The University lacks knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph, and therefore denies them.

26.     The University admits that Smart sent an e-mail on January 10, 2006, a copy of which is attached as Exhibit B.  The University refers to Exhibit B for its contents, and denies the remaining averments of this paragraph.

27.     The University admits that Smart sent an e-mail on January 11, 2006, a copy of which is attached as Exhibit C.  The University refers to Exhibit C for its contents, and otherwise denies the averments of this paragraph.

28.     The University admits that Smart sent another e-mail on January 11, 2006, a copy of which is attached as Exhibit D.   The University refers to Exhibit D for its contents, and otherwise denies the averments of this paragraph.

29.     The University admits that Smart sent another e-mail on January 12, 2006, a copy of which is attached as Exhibit E.  The University refers to Exhibit E for its contents, and otherwise denies the averments of this paragraph.

30.     The University admits that Smart sent an e-mail on April 2, 2007, a copy of which is attached as Exhibit F.  The University refers to Exhibit F for its contents and recipients, and otherwise denies the averments of this paragraph.

31.     The University admits that Smart sent an e-mail on April 8, 2007, a copy of which is attached as Exhibit G.  The University refers to Exhibit G for its contents and addressees, and otherwise denies the averments of this paragraph.

32.     The University lacks knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph, and therefore denies them.

33.     The University admits that Dr. Davis received Smart's e-mails, but otherwise denies the averments of this paragraph.

34.     The University admits that Roof sent a letter to Dr. Davis on or about January 20, 2006, the contents of which speak for themselves.  The University otherwise denies the averments of this paragraph.

35.     The University admits that Dr. Davis sent an e-mail to Plaintiff on January 25, 2006, the contents of which speak for themselves.

36.     The University admits that Dr. Davis sent a letter to Dean Donaldson on January 26, 2006, a copy of which is attached as Exhibit H (not including exhibits).  The University refers to the letter for its contents, and otherwise denies the averments of this paragraph.

37.     The University lacks knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph, and therefore denies them.

38.     The University admits that Plaintiff signed a Charge of Discrimination with the EEOC, dated April 27, 2006.  The University lacks knowledge or information sufficient to form a belief as to the truth of the remaining averments in this paragraph, and therefore denies them.

39.     The University admits that Dr. Davis sent an e-mail to Plaintiff on May 17, 2006, the contents of which speak for themselves.  The University otherwise denies the remaining averments of this paragraph.

40.     The University lacks knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph, and therefore denies them.

41.     The University admits that it did not take formal disciplinary action toward Smart between May 17, 2006 and December 7, 2006, but otherwise denies the averments of this paragraph.

42.     The University admits that the EEOC issued a Notice of Right to Sue Letter on our about January 3, 2007.  The University lacks knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph, and therefore denies them.

43.     The University admits that the University's Office of General Counsel sent Plaintiff a letter on January 22, 2007, the contents of which speak for themselves.

44.     The University admits that, on April 2, 2007, Plaintiff sent an e-mail to Dr. Davis, the Department Chair, and complained about Smart.  A true copy of the e-mail is attached hereto as Exhibit I.  That e-mail did not complain about any racial harassment.

45.     The University admits that, on or about April 8, 2007, Plaintiff sent Dr. Davis an e-mail complaining about Smart's behavior toward a graduate student.  A true copy of Plaintiff's email is attached as Exhibit J.  That e-mail did not complain about any racial harassment.

46.     Denied.  Among other steps, Dr. Davis, the Department Chair, wrote to Smart by e-mail on January 13, 2006 and requested that he cease sending the type of e-mails that Roof has complained about in this suit.  A true copy of Dr. Davis's e-mail is attached as Exhibit K hereto.

Later, Dr. Davis wrote to Smart in April 2007 to reprimand Smart about his e-mail communications. True copies of such communications from Dr. Davis are attached as Exhibit L and M.

## First Cause of Action (Title VII)

47.    The University incorporates by reference its responses to paragraphs 1 through 46 above, as if fully stated herein.

48.    Admitted.

49.    Denied.

50.    Denied.

51.    Denied.

52.    Denied.

53.    The University admits that Roof sent communications at various times about Smart's behavior to Dr. Davis, the Department Chair, but otherwise denies the averments of this paragraph.

54.    Denied.

55.    The University admits the averments of this paragraph with respect to the e-mails sent in January 2006, but denies the averments respecting other e-mail communications from Smart.

## Second Cause of Action (DCHRA)

56.    The University incorporates by reference its responses to paragraphs 1 through 55 above, as if fully stated herein.

57.    Denied, insofar as D.C. Code Section 2-1401.01 does not define "protected classes."

58.    Admitted.

59.    Denied.

60.    Denied.

61.    Denied.

62.    Denied.

63.    Denied.

## **Prayer for Relief**

64.    Denied.

65.    Denied.

66.    Denied.

67.    Denied.

68.    Denied.

## **Affirmative Defenses**

1.    Plaintiff's Complaint fails to state a claim upon which relief can be granted.

2.    Plaintiff's claims are barred, in whole or party, by the applicable statutes of
limitations.

3.    Plaintiff's Title VII claims were not filed on a timely basis.

4.    Plaintiff's claims are barred in part for failure to exhaust her administrative remedies.

5.    Plaintiff's claims are barred by estoppel.

6.    Plaintiff's claims are barred because Howard University has no vicarious liability for
Smart's actions.

Respectfully submitted,

Daniel I. Prywes (D.C. Bar No. 342394)
Stacey Terry Ormsby (D.C. Bar No. 490995)
BRYAN CAVE LLP
700 Thirteenth Street, N.W., Suite 700
Washington, D.C. 20005
Phone: (202) 508-6000
Fax:    (202) 220-7394

Dated:  July 11, 2007              Counsel for Defendant Howard University

## CERTIFICATE OF SERVICE

I hereby certify that, on July 11, 2007, I caused a true and correct copy of the foregoing

Answer to be served upon the following via ECF:

> R. Scott Oswald, Esq.
> Adam Augustine Carter, Esq.
> The Employment Law Group, P.C.
> 888 17th Street, N.W., Suite 900
> Washington, D.C. 20006
>
> *Counsel for Plaintiff*
>
> John F. Karl, Jr., Esq.
> Karl & Tarone
> Suite 1250
> 900 Seventeenth Street, N.W.
> Washington, D.C.   20006
>
> *Counsel for Defendant Ian Smart, Ph.D.*

Daniel I. Prywes

# EXHIBIT A

*ENCL. #3,* Page 1 of 4

Dr. Maria Roof, letter to Dr. James Davis, Jan. 20, 2006, page 13/33

## Maria Roof

**From:**    "Ian Smart" <iansmart@verizon.net>
**To:**    "ALBERTO REY" <arey@howard.edu>; <jdavis@howard.edu>; "B Lugo de Fabritz"
<amarilis@bugbytes.com>; "Eveline Ngo-Mbog-Nonga" <engo-mbog-nonga@howard.edu>; "Cynthia
Brevil" <hatha23@hotmail.com>; "Everett Catlin" <ecat55@yahoo.com>; "Clement Akassi"
<animanclement@yahoo.fr>; "M Lyabaya" <mmlyabaya@earthlink.net>; "Etsuko Yamakita"
<eyamakita@hotmail.com>; "Zacharie Petnkeu" <zpetnkeu@yahoo.fr>; "Karen S. Wallace"
<kwallace@howard.edu>; "Carol A. Beane" <michaelbplatt@verizon.net>; "Derayeh Derakhshesh"
<derayeh@erols.com>; "Effie J. Boldridge" <eboldridge@howard.edu>; "Michiko Saito"
<michikosaito@hotmail.com>; "Clarissa Williams" <cwilliams@onemodelplace.com>; "Amelia Mondragon"
<amondragon@howard.edu>; "Yvonne Poser" <yposer@howard.edu>; "Pauline Phipps-Foster"
<pveolina@yahoo.com>; "Janice Nolan" <nolan_jm@hotmail.com>; "Marion E. Hines"
<mehines@howard.edu>; "Aissatou Diop-Hashim" <aissatouh@hotmail.com>; "Annette Dunzo"
<adunzo@howard.edu>; "Aleida Rodriguez" <a_a_rodriguez@howard.edu>; "Josephine Woll"
<jwoll@howard.edu>; "Francoise Pfaff" <fpfaff@howard.edu>; "Esther Kahn" <kahn299@yahoo.com>;
"Svetlana Sibrina" <S_B_S@mail.ru>; "Marieline Sephocle" <msephocle@howard.edu>; "Antonio
Rodriguez" <arodriguez@howard.edu>; "Preston Robinson" <crosswind07@yahoo.com>; "Doney Olivieri"
<doneygerardo@yahoo.com>; "Paul E. Logan" <plogan@howard.edu>; "Mamadi Keita"
<keit31@msn.com>; "Matilde R. Holte" <mholte@howard.edu>; "Gervais Gnaka"
<glagoke@hotmail.com>; "Alphonso Frost" <afrost@howard.edu>; "Maria Roof" <mroof@howard.edu>;
"Brenda Crawford" <Bcrawford@howard.edu>; "Andrew Tucker" <agtuckerus@yahoo.com>; "Edith
Jackson" <emjacksonzz@yahoo.com>; "Tamiko S. Williams" <tswilliams@howard.edu>; "Vernessa
White-Jackson" <vwhite-jackson@howard.edu>; "R. M. Moutra" <raslanmoutraji@hotmail.com>; "M.
Elvira Luna Escudero Alie" <ElviraLuna@msn.com>; "Mercedes V. Tibbits" <mtibbits@Howard.edu>;
"Alison Moses" <alimoses@aol.com>
**Sent:**    Monday, January 09, 2006 6:47 AM
**Subject:**    Re: CLASSROOM SPACE AND VOLUNTEERS IN SPANISH

Dear Alberto:

My last follow-up to you ended with the following paragraph: "We deserve much better. The Department is on
the verge of meltdown, and James is responsible for this. There is no time to waste. James must demit (it's a
good word) immediately, if we are to survive." Here is a follow-up to that idea.

It has been brought to my attention that my candid comments about the major flaws of James's chairmanship
may have been interpreted as an endorsement of the implicit candidacy of others, Mercedes Tibbits, for
example. **Nothing could be further from the truth.**

With my characteristic candor, let me say that replacing James with Mercedes would be the equivalent of
jumping from the frying pan into the fire. James could not have ruined the Department all by himself. Mercedes
did more than her share of shredding and gutting in the area of graduate studies. For nearly a decade she sat on
the graduate program as its "director," but had the temerity to declare in a fateful faculty meeting of April 1999
that she did not think that Howard needed a graduate program in modern languages and literatures. Those of
you who read the postings on my blog (http://iansmart.blogspot.com/) last week will recognize this position as
consistent with the classic Oliver Otis Howard approach to Negro education.

Furthermore, shortly after my 1996 book, *Amazing Connections*, was published, one of my students who served
as a discussion show host at the Howard University television station approached Mercedes to invite her to
appear on a show featuring my new book. (By the way that show is regularly rebroadcast on Howard U
television). The student reported that Mercedes refused, asserting that she (Mercedes) would appear ........
because Smart had all ....................................................... understood that her opposing position was not
supported by any evidence. It was held as a matter of dogma, like an article of faith. Could there be anything
more anti-intellectual than this? And Mercedes was at that very time the leader of the graduate program in

*Encl. #3*  Page 2 of 4

Dr. Maria Roof, letter to Dr. James Davis, Jan. 20, 2006, page 14/33

modern languages at the nation's leading HBCU.

What was Mercedes reason for remaining on as "director" of a graduate program which she deemed to be useless? It is downright disturbing to ponder this question. However, it needs to be addressed. Perhaps she will be good enough to explain her motivation.

While we're on the subject, may I refer to another colleague (who shall remain nameless for now—at least until she returns from her sabbatical) who is touted as a potential replacement for James. Yes, that person does indeed hold the Ph.D. in Spanish, so is qualified to be an associate professor of Spanish. However, that person appears to share Mercedes's doubts about the viability and even the validity of any graduate program in modern languages and literatures at a "Negro" college, even at the "Mecca."

I suppose I should have been more mindful of the admonition: be careful what you ask for. So, let me explain myself carefully. What I am asking for is the emancipation of our university from the legacy of Oliver Otis Howard's approach to education for Negroes. What I am asking for is that we follow the Bob Marley injunction to emancipate ourselves from mental slavery, realizing that none but ourselves can free our minds.

P.S. My latest book (as of right now), *Dude, Where's My HBCU?*, is a literary work, presenting reality through the filter of the writer's creative imagination. As such, it belongs to the realm of the humanities, not the social sciences. It is neither a sociological study nor a legal brief. It can certainly serve, however, as a cautionary tale for the students, staff, and faculty of our own Uncle Tom's Campus. I will do a signing of this book at **KARIBU BOOKS, THE MALL AT PRINCE GEORGE'S — SATURDAY, 14 JANUARY — 2:00 P.M.**

Sincerely,

Ian

----- Original Message -----
**From:** ALBERTO REY
**To:** Ian Smart ; jdavis@howard.edu ; B Lugo de Fabritz ; Eveline Ngo-Mbog-Nonga ; Cynthia Brevil ; Everett Catlin ; Clement Akassi ; M Lyabaya ; Etsuko Yamakita ; Zacharie Petnkeu ; Karen S. Wallace ; Carol A. Beane ; Derayeh Derakhshesh ; Effie J. Boldridge ; Michiko Saito ; Clarissa Williams ; Amelia Mondragon ; Yvonne Poser ; Pauline Phipps-Foster ; Janice Nolan ; Marion E. Hines ; Aissatou Diop-Hashim ; Annette Dunzo ; Aleida Rodriguez ; Josephine Woll ; Francoise Pfaff ; Esther Kahn ; Svetlana Sibrina ; Marieline Sephocle ; Antonio Rodriguez ; Preston Robinson ; Doney Olivieri ; Paul E. Logan ; Mamadi Keita ; Matilde R. Holte ; Gervais Gnaka ; Alphonso Frost ; Maria Roof ; Brenda Crawford ; Andrew Tucker ; Edith Jackson ; Tamiko S. Williams ; Vernessa White-Jackson ; R. M. Moutra ; M. Elvira Luna Escudero Alie ; Mercedes V. Tibbits ; Alison Moses
**Sent:** Thursday, January 05, 2006 11:15 AM
**Subject:** Re: CLASSROOM SPACE AND VOLUNTEERS IN SPANISH

Ian,
Is this really necessary?? In the Fall of 2006, I will have been at HU for 35 years and this kind of plea for volunteers has been pretty constant ( going back to Dr. Boyd).
Also, I am sad to say so has your negative attitude towards the administration. You have every right to voice your opinions; I respect that. However, wouldn't it be better if it were addressed just to Dr. Davis ?
Respectfully,
Alberto Rey, Ph. D.
Department of Modern Languages and Literatures
Howard University
Washington, DC  20059

----- Original Message -----
**From:** Ian Smart

# EXHIBIT B

*Encl. #6,* Page 1 of 4

Dr. Maria Roof, letter to Dr. James Davis, Jan. 20, 2006, page 21/33

## Maria Roof

| | |
|---|---|
| **From:** | "Ian Smart" <iansmart@verizon.net> |
| **To:** | "Tibbits, Mercedes V." <mtibbits@Howard.edu>; "Rey, Alberto" <arey@Howard.edu>; "Davis , James" <jdavis@Howard.edu>; "B Lugo de Fabritz" <amarilis@bugbytes.com>; "Ngo-Mbog-Nonga, Eveline R" <engo-mbog-nonga@howard.edu>; "Cynthia Brevil" <hatha23@hotmail.com>; "Everett Catlin" <ecat55@yahoo.com>; "Clement Akassi" <animanclement@yahoo.fr>; "M Lyabaya" <mmlyabaya@earthlink.net>; "Etsuko Yamakita" <eyamakita@hotmail.com>; "Zacharie Petnkeu" <zpetnkeu@yahoo.fr>; "Wallace, Karen Smyley" <kwallace@Howard.edu>; "Carol A. Beane" <michaelbplatt@verizon.net>; "Derayeh Derakhsheshi" <derayeh@erols.com>; "Boldridge, Effie J." <eboldridge@Howard.edu>; "Michiko Saito" <michikosaito@hotmail.com>; "Clarissa Williams M." <poser@Howard.edu>; "Mondragon, Amelia" <amondragon@Howard.edu>; "Poser, Yvonne <nolan_jm@hotmail.com>; "Hines, Marion" <mehines@Howard.edu>; "Janice Nolan" <aissatouh@hotmail.com>; "Dunzo, Annette Ivory" <adunzo@Howard.edu>; "Aissatou Diop-Hashim" <a_a_rodriguez@Howard.edu>; "Woll, Josephine Z." <jwoll@Howard.edu>; "Rodriguez, Aleida A." <fpfaff@Howard.edu>; "Esther Kahn" <kahn299@yahoo.com>; "Pfaff, Francoise" "Sephocle, Marie-Line" <msephocle@Howard.edu>; "Svetlana Sibrina" <S_B_S@mail.ru>; "Preston Robinson" <crosswind07@yahoo.com>; "Rodriguez, Antonio" <arodriguez@Howard.edu>; Paul E" <plogan@Howard.edu>; "Mamadi Keita" <keit31@msn.com>; "Logan, <mholte@Howard.edu>; "Gervais Gnaka" <glagoke@hotmail.com>; "Holte, Matilder R." <afrost@Howard.edu>; "Roof, Mary E." <mroof@Howard.edu>; "Frost, Alphonso A." <bcrawford@Howard.edu>; "Andrew Tucker" <agtuckerus@yahoo.com>; "Crawford, Brenda H" <emjacksonzz@yahoo.com>; "Williams, Tamiko S." <tswilliams@Howard.edu>; "Edith Jackson" Vernessa" <vwhite-jackson@Howard.edu>; "R. M. Moutra" <raslanmoutraji@hotmail.com>; "White-Jackson, Luna Escudero Alie" <ElviraLuna@msn.com>; "Alison Moses" <alimoses@aol.com>; "M. Elvira |
| **Sent:** | Tuesday, January 10, 2006 9:41 AM |
| **Subject:** | Re: to set the record straight |

RESPONSE TO DR. TIBBITS

I have the perfect caption for the image of you, James, and the unnamed colleague huddled together for hours working on "a new approach" "to modernize the program." It is: "Three Blind Mice ..."

Your own words support the analysis I presented in my e-mail of January 09, 2006. Despite the long hours, you three ("blind mice") failed to revive the graduate program. This is not surprising, for none of you would be considered a leading scholar. Our department deserves better. My intent was clearly expressed in that e-mail of January 09, 2006: "So, let me explain myself carefully. What I am asking for is the emancipation of our university from the legacy of Oliver Otis Howard's approach to education for Negroes. What I am asking for is that we follow the Bob Marley injunction to emancipate ourselves from mental slavery, realizing that none be ourselves can free our minds."

With respect to your "intra-beltway" wiggling on the other issues I raised, let me say your attempt was game, but ultimately lame. May I refer you to page 91of *Dude, Where's My HBCU?* for the Signifying Monkey's version of what took place at that fateful meeting in April 1999. (PLEASE NOTE: *Dude, Where's My HBCU?*, is a literary work, presenting reality through the filter of the writer's creative imagination. As such, it belongs to the realm of the humanities, not the social sciences. It is neither a sociological study nor a legal brief. It can certainly serve, however, as a cautionary tale for the students, staff, and faculty of our own Uncle Tom's Campus. I will do a signing of this book at **KARIBU BOOKS, THE MALL AT PRINCE GEORGE'S — SATURDAY, 14 JANUARY — 2:00 P.M.)**

"A NIGHTMARE"

Last night I dreamt that Oliver Otis Howard had returned from the grave to serve as president of his university.

Dr. Maria Roof, letter to Dr. James Davis, Jan. 20, 2006, page 22/33

He was reinstated into the army with promotion to the rank of four-star general. He lived in a mansion in Adelphi and would ride to work in a chauffeur-driven black Town Car with Maryland license plate "1867." Incongruously, he would be dressed in his Civil War era uniform as he sat straight backed and stern in the plush white leather limousine seat. He was wont, however, to ride triumphantly on a white horse into the stadium to see the Washington football team play. On such occasions he would be accompanied by Chief Cochise, who, however, would not be mounted, but hobbled along with the aid of a cane; now a broken old man, incongruously bedecked in the full regalia of his youthful days.

I dreamt that our department had been incorporated into the U.S. military, that Al Frost and Maria Roof had been reinstated into the officer corp, she as brigadier general and he as full colonel. The million dollar grant had turned out to be the purchase price for the DMLL unit; and with the new Brigadier General in command we were all obliged to attend exercises during the summer and winter breaks...

I screamed in horror at what had become of us. And then I awoke. And it was all just a horrible nightmare.

Sincerely,

Ian Isidore Smart

UNTRUTH in Dr. Smart's message. I never said that the DMLL should not have a Graduate Program. The DMLL should have a strong graduate program, and I have always said so. As a matter of fact, I am one of the three members of the graduate faculty who, several years ago, tried to modernize the program, and spend many hours working on a new approach, which was presented to all DMLL graduate faculty and to the Graduate School. Another one of the three members is Dr. Davis, and the third is "another colleague (who shall remain nameless for now-at least until she returns from her sabbatical)."

----- Original Message -----
**From:** Tibbits, Mercedes V.
**To:** 'Ian Smart' ; Rey, Alberto ; Davis , James ; B Lugo de Fabritz ; Ngo-Mbog-Nonga, Eveline R ; Cynthia Brevil ; Everett Catlin ; Clement Akassi ; M Lyabaya ; Etsuko Yamakita ; Zacharie Petnkeu ; Wallace, Karen Smyley ; Carol A. Beane ; Derayeh Derakhsheshi ; Boldridge, Effie J. ; Michiko Saito ; Clarissa Williams ; Mondragon, Amelia ; Poser, Yvonne M. ; Pauline Phipps-Foster ; Janice Nolan ; Hines, Marion ; Aissatou Diop-Hashim ; Dunzo, Annette Ivory ; Rodriguez, Aleida A. ; Woll, Josephine Z. ; Pfaff, Francoise ; Esther Kahn ; Svetlana Sibrina ; Sephocle, Marie-Line ; Rodriguez, Antonio ; Preston Robinson ; Doney Olivieri ; Logan, Paul E ; Mamadi Keita ; Holte, Matilder R. ; Gervais Gnaka ; Frost, Alphonso A. ; Roof, Mary E. ; Crawford, Brenda H ; Andrew Tucker ; Edith Jackson ; Williams, Tamiko S. ; White-Jackson, Vernessa ; R. M. Moutra ; M. Elvira Luna Escudero Alie ; Tibbits, Mercedes V. ; Alison Moses
**Sent:** Monday, January 09, 2006 10:23 AM
**Subject:** to set the record straight

UNTRUTH in Dr. Smart's message. I never said that the DMLL should not have a Graduate Program. The DMLL should have a strong graduate program, and I have always said so. As a matter of fact, I am one of the three members of the graduate faculty who, several years ago, tried to modernize the program, and spend many hours working on a new approach, which was presented to all DMLL graduate faculty and to the Graduate School. Another one of the three members is Dr. Davis, and the third is "another colleague (who shall remain nameless for now-at least until she returns from her sabbatical)."
TRUTH in Dr. Smart's message. I refused to appear in a program to comment on one of Dr. Smart's books. Dr. Smart's interpretation of this is just HIS opinion.
UNTRUTH in Dr. Smart's message. I never said that "Smart had all his facts." I have only read one of Dr. Smart's books, many years ago. This was not the book that I was asked to comment on TV.

the position.
Mercedes Vidal Tibbits

# EXHIBIT C

*ENCL. #8,* Page 1 of 3

Dr. Maria Roof, letter to Dr. James Davis, Jan. 20, 2006, page 27/33

## Maria Roof

| | |
|---|---|
| **From:** | "Ian Smart" <iansmart@verizon.net> |
| **To:** | "Maria Roof" <mroof@howard.edu>; "ALBERTO REY" <arey@howard.edu>; <jdavis@howard.edu>; "B Lugo de Fabritz" <amarilis@bugbytes.com>; "Eveline Ngo-Mbog-Nonga" <engo-mbog-nonga@howard.edu>; "Cynthia Brevil" <hatha23@hotmail.com>; "Everett Catlin" <ecat55@yahoo.com>; "Clement Akassi" <animanclement@yahoo.fr>; "M Lyabaya" <mmlyabaya@earthlink.net>; "Etsuko Yamakita" <eyamakita@hotmail.com>; "Zacharie Petnkeu" <zpetnkeu@yahoo.fr>; "Karen S. Wallace" <kwallace@howard.edu>; "Carol A. Beane" <michaelbplatt@verizon.net>; "Derayeh Derakhshesh" <derayeh@erols.com>; "Effie J. Boldridge" <eboldridge@howard.edu>; "Michiko Saito" <michikosaito@hotmail.com>; "Clarissa Williams" <cwilliams@onemodelplace.com>; "Amelia Mondragon" <amondragon@howard.edu>; "Yvonne Poser" <yposer@howard.edu>; "Pauline Phipps-Foster" <pveolina@yahoo.com>; "Janice Nolan" <nolan_jm@hotmail.com>; "Marion E. Hines" <mehines@howard.edu>; "Aissatou Diop-Hashim" <aissatouh@hotmail.com>; "Annette Dunzo" <adunzo@howard.edu>; "Aleida Rodriguez" <a_a_rodriguez@howard.edu>; "Josephine Woll" <jwoll@howard.edu>; "Francoise Pfaff" <fpfaff@howard.edu>; "Esther Kahn" <kahn299@yahoo.com>; "Svetlana Sibrina" <S_B_S@mail.ru>; "Marieline Sephocle" <msephocle@howard.edu>; "Antonio Rodriguez" <arodriguez@howard.edu>; "Preston Robinson" <crosswind07@yahoo.com>; "Doney Olivieri" <doneygerardo@yahoo.com>; "Paul E. Logan" <plogan@howard.edu>; "Mamadi Keita" <keit31@msn.com>; "Matilde R. Holte" <mholte@howard.edu>; "Gervais Gnaka" <glagoke@hotmail.com>; "Alphonso Frost" <afrost@howard.edu>; "Brenda Crawford" <Bcrawford@howard.edu>; "Andrew Tucker" <agtuckerus@yahoo.com>; "Edith Jackson" <emjacksonzz@yahoo.com>; "Tamiko S. Williams" <tswilliams@Howard.edu>; "Vernessa White-Jackson" <vwhite-jackson@Howard.edu>; "R. M. Moutra" <raslanmoutraji@hotmail.com>; "M. Elvira Luna Escudero Alie" <ElviraLuna@msn.com>; "Mercedes V. Tibbits" <mtibbits@Howard.edu>; "Alison Moses" <alimoses@aol.com> |
| **Sent:** | Wednesday, January 11, 2006 8:50 AM |
| **Subject:** | Re: Dr. Smart's falsehood |

Dear Colleagues:

Who is this Mary (aka "Maria") Roof? Does she enjoy some special privileged status here at the principal Uncle Tom's Campus? Consider her recent e-mail to me

*Dr. Smart: Your confused sense of reality is not particularly interesting. But when you target me and propagate it to my colleagues and students, then you tread upon and violate my rights as a faculty member and employee of Howard University.*

*To save both of us expense and time, because your recent remarks about me are so demonstrably libelous and prejudicial in intent, as well as erroneous, I recommend that you take the following action by 17 January 2006:*

*Required action--> Retract to everyone who received from you initially or afterwards your remarks of 9 January 2006 in your response to Dr. Mercedes Vidal Tibbits regarding anything related to me. Your intent to not name me while indicating me was coy as well as ludicrous.*

*If I learn of no action forthcoming by you as of 18 January 2006, I will pursue legal action against you.*

*I suggest to you that you, in the future, focus your endeavors elsewhere, for the good of the*

*Encl. #8,*    Page 2 of 3

Dr. Maria Roof, letter to Dr. James Davis, Jan. 20, 2006, page 28/33

*department.*

*Maria Roof, Ph.D.*

*Associate Professor*
*Dept. of Modern Languages & Literatures*
*Howard University*
*Washington DC 20059*

What libel? It may be reasonably concluded from the available data that Mary (aka "Maria") Roof is at best a mediocre scholar. It may be reasonably concluded from the available data that Mary (aka "Maria") Roof customarily sets the academic bar for both her undergraduate and graduate students at mediocrity of lower.

What confused sense of reality? Mary (aka "Maria") an apparently Caucasian woman in her sixties once accused me of attempting to sleep with her at the Hilton Hotel in Port-of-Spain, Trinidad and Tobago.

It is, indeed, to be hoped that Dr. Roof would focus her endeavours elsewhere, for the good of the department.

Sincerely,

Ian

----- Original Message -----
**From:** Maria Roof
**To:** Ian Smart ; ALBERTO REY ; jdavis@howard.edu ; B Lugo de Fabritz ; Eveline Ngo-Mbog-Nonga ; Cynthia Brevil ; Everett Catlin ; Clement Akassi ; M Lyabaya ; Etsuko Yamakita ; Zacharie Petnkeu ; Karen S. Wallace ; Carol A. Beane ; Derayeh Derakhshesh ; Effie J. Boldridge ; Michiko Saito ; Clarissa Williams ; Amelia Mondragon ; Yvonne Rodriguez ; Pauline Phipps-Foster ; Janice Nolan ; Marion E. Hines ; Aissatou Diop-Hashim ; Annette Dunzo ; Aleida Rodriguez ; Preston Robinson ; Doney Olivieri ; Paul E. Logan ; Mamadi Keita ; Matilde R. Holte ; Gervais Gnaka ; Alphonso Frost ; Brenda Crawford ; Andrew Tucker ; Edith Jackson ; Tamiko S. Williams ; Vernessa White-Jackson ; R. M. Moutra ; M. Elvira Luna Escudero Alie ; Mercedes V. Tibbits ; Alison Moses
**Sent:** Tuesday, January 10, 2006 9:11 PM
**Subject:** Dr. Smart's falsehood

Dear Colleagues:

Since I am the only Associate Professor in Spanish who holds an additional appointment in the DMLL graduate program and is currently on sabbatical leave, I must be the intended target of the falsehood propagated below.

Please disregard the statement about my alleged approach to the graduate program. It is a complete fabrication and contains no element of truth, fact, or reality.

Sincerely,

Maria Roof, Ph.D.
Graduate Associate Professor

----- Original Message -----
**From:** Ian Smart
**To:** ALBERTO REY ; jdavis@howard.edu ; B Lugo de Fabritz ; Eveline Ngo-Mbog-Nonga ; Cynthia Brevil ; Everett

# EXHIBIT D

*Encl. #9,* Page 1 of 2

Dr. Maria Roof, letter to Dr. James Davis, Jan. 20, 2006, page 30/33

## Maria Roof

| | |
|---|---|
| **From:** | "Ian Smart" <iansmart@verizon.net> |
| **To:** | "Maria Roof" <mroof@howard.edu>; "ALBERTO REY" <arey@howard.edu>; <jdavis@howard.edu>; "B Lugo de Fabritz" <amarilis@bugbytes.com>; "Eveline Ngo-Mbog-Nonga" <engo-mbog-nonga@howard.edu>; "Cynthia Brevil" <hatha23@hotmail.com>; "Everett Catlin" <ecat55@yahoo.com>; "Clement Akassi" <animanclement@yahoo.fr>; "M Lyabaya" <mmlyabaya@earthlink.net>; "Etsuko Yamakita" <eyamakita@hotmail.com>; "Zacharie Petnkeu" <zpetnkeu@yahoo.fr>; "Karen S. Wallace" <kwallace@howard.edu>; "Carol A. Beane" <michaelbplatt@verizon.net>; "Derayeh Derakhshesh" <derayeh@erols.com>; "Effie J. Boldridge" <eboldridge@howard.edu>; "Michiko Saito" <michikosaito@hotmail.com>; "Clarissa Williams" <cwilliams@onemodelplace.com>; "Amelia Mondragon" <amondragon@howard.edu>; "Yvonne Poser" <yposer@howard.edu>; "Pauline Phipps-Foster" <pveolina@yahoo.com>; "Janice Nolan" <nolan_jm@hotmail.com>; "Marion E. Hines" <mehines@howard.edu>; "Aissatou Diop-Hashim" <aissatouh@hotmail.com>; "Annette Dunzo" <adunzo@howard.edu>; "Aleida Rodriguez" <a_a_rodriguez@howard.edu>; "Josephine Woll" <jwoll@howard.edu>; "Francoise Pfaff" <fpfaff@howard.edu>; "Esther Kahn" <kahn299@yahoo.com>; "Svetlana Sibrina" <S_B_S@mail.ru>; "Marieline Sephocle" <msephocle@howard.edu>; "Antonio Rodriguez" <arodriguez@howard.edu>; "Preston Robinson" <crosswind07@yahoo.com>; "Doney Olivieri" <doneygerardo@yahoo.com>; "Paul E. Logan" <plogan@howard.edu>; "Mamadi Keita" <keit31@msn.com>; "Matilde R. Holte" <mholte@howard.edu>; "Gervais Gnaka" <glagoke@hotmail.com>; "Alphonso Frost" <afrost@howard.edu>; "Brenda Crawford" <Bcrawford@howard.edu>; "Andrew Tucker" <agtuckerus@yahoo.com>; "Edith Jackson" <emjacksonzz@yahoo.com>; "Tamiko S. Williams" <tswilliams@howard.edu>; "Vernessa White-Jackson" <vwhite-jackson@Howard.edu>; "R. M. Moutra" <raslanmoutraji@hotmail.com>; "M. Elvira Luna Escudero Alie" <ElviraLuna@msn.com>; "Mercedes V. Tibbits" <mtibbits@Howard.edu>; "Alison Moses" <alimoses@aol.com> |
| **Sent:** | Wednesday, January 11, 2006 11:14 AM |
| **Subject:** | Re: Dr. Smart's falsehood |

IN THE SPIRIT OF *DUDE, WHERE'S MY HBCU?*

Deer Kolleegees:

Ah done wrong. My bad. Ah done gone and get Miss Mary mad. Ah sure is a real stupid nigger. Ah hope youall intercede with Miss Mary for me. Ah done gone and mess up again.

Miss Mary is de best ting dat could of ever happen to we in dis Department. She does talk Spanish like a native; and she best friend does speak French.

So, ah trow mehself at Miss Mary feet. Ah beg she to give me a break dis time. Ah is just one dumb niggerman from de Islands. Allyou talk to she for me.

Grovelingly yours,

Uncle Ian de Pan-Plantation Darkie

P.S. Please see chapter 5 of *Dude, Where's My HBCU?* for some ideas about the meaning of defamation and libel on an Uncle Tom's Campus. And, don't forget about the book signing this Saturday at 2:00 p.m in KARIBU BOOKS, THE MALL AT PRINCE GEORGE'S. I promise to put on a great show. Tell everybody about it. It will be a blast.

----- Original Message -----
From: Maria Roof
To: Ian Smart ; ALBERTO REY ; jdavis@howard.edu ; B Lugo de Fabritz ; Eveline Ngo-Mbog-Nonga ; Cynthia Brevil ;

# EXHIBIT E

*Encl. #10,* Page 1 of 2

Dr. Maria Roof, letter to Dr. James Davis, Jan. 20, 2006, page 32/33

## Maria Roof

**From:** "Ian Smart" <iansmart@verizon.net>
**To:** "Maria Roof" <mroof@howard.edu>; "ALBERTO REY" <arey@howard.edu>; <jdavis@howard.edu>; "B Lugo de Fabritz" <amarilis@bugbytes.com>; "Eveline Ngo-Mbog-Nonga" <engo-mbog-nonga@howard.edu>; "Cynthia Brevil" <hatha23@hotmail.com>; "Everett Catlin" <ecat55@yahoo.com>; "Clement Akassi" <animanclement@yahoo.fr>; "M Lyabaya" <mmlyabaya@earthlink.net>; "Etsuko Yamakita" <eyamakita@hotmail.com>; "Zacharie Petnkeu" <zpetnkeu@yahoo.fr>; "Karen S. Wallace" <kwallace@howard.edu>; "Carol A. Beane" <michaelbplatt@verizon.net>; "Darayeh Derakhshesh" <derayeh@erols.com>; "Effie J. Boldridge" <eboldridge@howard.edu>; "Michiko Saito" <michikosaito@hotmail.com>; "Clarissa Williams" <cwilliams@onemodelplace.com>; "Amelia Mondragon" <amondragon@howard.edu>; "Yvonne Poser" <yposer@howard.edu>; "Pauline Phipps-Foster" <pveolina@yahoo.com>; "Janice Nolan" <nolan_jm@hotmail.com>; "Marion E. Hines" <mehines@howard.edu>; "Aissatou Diop-Hashim" <aissatouh@hotmail.com>; "Annette Dunzo" <adunzo@howard.edu>; "Aleida Rodriguez" <a_a_rodriguez@howard.edu>; "Josephine Woll" <jwoll@howard.edu>; "Francoise Pfaff" <fpfaff@howard.edu>; "Esther Kahn" <kahn299@yahoo.com>; "Svetlana Sibrina" <S_B_S@mail.ru>; "Marieline Sephocle" <msephocle@howard.edu>; "Antonio Rodriguez" <arodriguez@howard.edu>; "Preston Robinson" <crosswind07@yahoo.com>; "Doney Olivieri" <doneygerardo@yahoo.com>; "Paul E. Logan" <plogan@howard.edu>; "Mamadi Keita" <keit31@msn.com>; "Matilde R. Holte" <mholte@howard.edu>; "Gervais Gnaka" <glagoke@hotmail.com>; "Alphonso Frost" <afrost@howard.edu>; "Brenda Crawford" <Bcrawford@howard.edu>; "Andrew Tucker" <agtuckerus@yahoo.com>; "Edith Jackson" <emjacksonzz@yahoo.com>; "Tamiko S. Williams" <tswilliams@howard.edu>; "Vernessa White-Jackson" <vwhite-jackson@Howard.edu>; "R. M. Moutra" <raslanmoutraji@hotmail.com>; "M. Elvira Luna Escudero Alie" <ElviraLuna@msn.com>; "Mercedes V. Tibbits" <mtibbits@Howard.edu>; "Alison Moses" <alimoses@aol.com>
**Sent:** Thursday, January 12, 2006 5:26 AM
**Subject:** Re: Dr. Smart's falsehood

January 12, 2006

Dear Colleagues:

Major General Oliver Otis Howard did not intend that his university would do more than train Negroes to fit into white society as second-class citizens. The Howard University Graduate School of Arts and Sciences demonstrated that it espouses and enforces this approach to the (mis-)education of Negroes through its handling of the Ph.D. program in Romance Languages and its general handling of the graduate program in the Department of Modern Languages and Literatures. The Howard University Graduate School of Arts and Sciences cannot, then, be deemed to be committed to "the emancipation of our university from the legacy of Oliver Otis Howard's approach to education for Negroes" nor to following "the Bob Marley injunction to emancipate ourselves from mental slavery, realizing that none but ourselves can free our minds."

Dr. Mary (aka "Maria") Roof has repeatedly renewed her membership in the Graduate School of Arts and Sciences and "is the only Associate Professor of Spanish who hold an additional appointment in the DMLL graduate program." Dr. Mary (aka "Maria") Roof has, then, repeatedly affirmed her adherence to the philosophy of the Graduate School of Arts and Sciences.

I will let you draw the conclusion for yourself.

Sincerely,

Ian Isidore Smart

| ----- Original Message -----

# EXHIBIT F

file:///K:/ELG%20Documents/Roof.t%20Maria/P's%20Docs/2007_04_02_Smart%20email%20about%20Roof.txt

----- Original Message -----
From: "Ian Smart" < iansmart@verizon.net>
To: "Davis, James J." <jdavis@Howard.edu>; "Andrew Tucker"
< agtuckerus@yahoo.com <mailto:agtuckerus@yahoo.com> >; "Boldridge, Effie J." <eboldridge@Howard.edu>; "Carol A. Beane" <michaelbplatt@verizon.net <mailto:michaelbplatt@verizon.net> >; "Doney Olivieri"
<doneygerardo@yahoo.com>; "Dunzo, Annette Ivory" <adunzo@Howard.edu>; "Edith Jackson" <emjacksonzz@yahoo.com>; "Esther Kahn" <Kahn299@yahoo.com>; "Everett Cattin" < Ecat55@yahoo.com <mailto:Ecat55@yahoo.com> >; "Holte, Matilder R."
<mholte@Howard.edu>; "Janice Nolan" <nolanjm@rocketmail.com >; "Lezlie Shackell" <Lezlie.Shackell@us.army.mil>; "Luna Escudero-Alie, Maria-Elvira"
<melealie@howard.edu <mailto:melealie@howard.edu>; "Mondragon, Amelia" <amondragon@Howard.edu>; "Pauline Phipps-Foster" <pveolina@yahoo.com>; "Raslan Moutraji"
<Raslanmoutraji@hotmail.com>; "Rodriguez, Aleida A."
<a_a_rodriguez@Howard.edu>; "Rodriguez, Antonio" < arodriguez@Howard.edu>; "Roof, Mary E." <mroof@Howard.edu>; "Tibbits, Mercedes V."
< mtibbits@Howard.edu <mailto:mtibbits@Howard.edu> >
Sent: Monday, April 02, 2007 6:54 PM
Subject: Re: Eighth Annual Spanish Language Faculty Development Program in SPAIN 2007


> Dear Colleagues,
>
> This might be of interest. I will post it on my blog.
>
> Sincerely,
> Ian
>
> LIFE IMITATES ART
>
>
> Here's a passage from Dude, Where's My HBCU?
>
>
>
> Ironman took her advice and, for the academic year 1984-85, kept his mouth
> shut and stood up for nothing. In the spring 1985, the APTC of the
> Depart-ment voted to recommend his promotion to the rank of full
professor.
> The only thing that had changed had been his attitude. The Ironman had
> almost bent over, at least to the point of shutting up and sitting down.
>
>         For all his maturity and academic sophistication, there is
still
> some of the boy in Ironman. So in the departmental faculty meeting
following
> the APTC meeting in which he gained the positive vote, the Islands-man
> declared to the assembled colleagues that his period of silence was over.
> They have long memories, and they have been waiting to get him. They had
> some chance to assess his credentials every three years as Ironman sought
to
> renew his membership on the graduate faculty. Since there was not much at
> stake, the most they could impose on him were some minor humiliations.
(46)
>
>
>
> I was informed today by the chair, James J. Davis, that my application for
> the singular honor of joining the distinguished group of graduate faculty
> members of the Department of Modern Languages and Literatures was voted
down
> by the three members who reviewd my credentials.
>
>
>
> Could one of the three have been a colleague who teaches 11th grade civics
> to graduate students? Or another who uses as the main text in a graduate
> course a book designed for lower level undergraduates? Or another who
> teaches linguistics by having the graduate students read aloud in class

file:///K:/ELG%20Documents/Roof.t%20Maria/P's%20Docs/2007_04_02_Smart%20email%20about%20Roof.txt (1 of 3)3/17/2007 11:44:00 AM

file://K|\BLG%20Documents\Roof.+a20Maria/P's%20Docs/2007_04_02_Smart%20email%20about%20Roof.txt

> quaint little stories? No it could not have been the latter since we have
> not descended to the absurdity of making graduate students at a sister
> instution bona fide members of our graduate studies committee. However, we
> have no problems drafting such a person to teach a graduate course.
>
>
>
>
>
>
>
> ----- Original Message -----
> From: "Davis, James J." <jdavis@Howard.edu>
> To: "Andrew Tucker" < agtuckerus@yahoo.com>; "Boldridge, Effie J."
> <eboldridge@Howard.edu>; "Carol A. Beane" < michaelbplatt@verizon.net <mailto:michaelbplatt@verizon.net> >;
> "Davis, James J." <jdavis@Howard.edu>; "Doney Olivieri"
> <doneygerardo@yahoo.com <mailto:doneygerardo@yahoo.com> >; "Dunzo, Annette Ivory" <adunzo@Howard.edu>;
> "Edith
> Jackson" <emjacksonzz@yahoo.com>; "Esther Kahn" < Kahn299@yahoo.com>;
> "Everett Catlin" <Ecat55@yahoo.com>; "Holte, Matilder R."
> < mholte@Howard.edu <mailto:mholte@Howard.edu> >; "Ian I. Smart" <iansmart@verizon.net>; "Janice Nolan"
> <nolanjm@rocketmail.com <mailto:nolanjm@rocketmail.com> >; "Lezlie Shackell" <Lezlie.Shackell@us.army.mil>;
> "Luna Escudero-Alie, Maria-Elvira" <melealic@howard.edu <mailto:melealic@howard.edu> >; "Mondragon,
> Amelia" <amondragon@Howard.edu>; "Pauline Phipps-Foster"
> <pveolina@yahoo.com <mailto:pveolina@yahoo.com> >; "Raslan Moutraji" <Raslanmoutraji@hotmail.com>;
> "Rodriguez, Aleida A." <a_a_rodriguez@Howard.edu <mailto:a_a_rodriguez@Howard.edu> >; "Rodriguez, Antonio"
> <arodriguez@Howard.edu>; "Roof, Mary E." <mroof@Howard.edu>; "Tibbits,
> Mercedes V." <mtibbits@Howard.edu>
> Sent: Tuesday, March 20, 2007 4:26 PM
> Subject: FW: Eighth Annual Spanish Language Faculty Development Program in
> SPAIN 2007
>
>
> > There are some scholarships available to participate in this.  Read
> > below.
> > message
> >
> > James J. Davis
> >
> >
> > -----Original Message-----
> > From: Florida Int'l University - CIBER [mailto:ciber@fiu.edu]
> > Sent: Tuesday, March 20, 2007 1:58 PM
> > To: jdavis@howard.edu
> > Subject: Eighth Annual Spanish Language Faculty Development Program in
> > SPAIN
> > 2007
> >
> > Dear James Davis,
> >
> > The purpose of this letter is to invite participants for our 2007
> > Faculty Development program on Teaching Spanish for Business to be held
> > in Madrid and Avila, Spain from June 10 to June 15, 2007.
> >
> > This will be the 8th year of the program in Spain. We have developed a
> > well organized program that not only affords participants opportunities
> > to learn about Spain's business world but about all the different
> > textbooks and resources available in Spain to teach Spanish for
> > Business. The program is taught completely in Spanish and combines
> > lectures of a high academic level with learning of an experiential
> > nature, such as visits to companies and cultural sites. Lectures on
> > banking and the political and social structures of Spain are given by
> > Spanish professionals, while lectures on dialect differences and
> > methodology are taught by Spanish academics. On site visits include

file://K|\BLG%20Documents\Roof.%20Maria/P's%20Docs\2007_04_02_Smart%20email%20about%20Roof.txt (2 of 3)5/17/2007 11:44:00 AM

file://K:\ELG%20Documents\Roof,%20Maria\P's%20Docs\2007_04_02_Smart%20email%20about%20Roof.txt

> > those to both large companies in Madrid and many of the small firms that
> > are so prevalent in Spanish speaking countries all over the world.
> >
> > We have not raised our cost at all, despite the mounting price of the
> > Euro, and plan to offer all our field trips, housing, and lectures that
> > we did during the Summer 2006 program. Participants are housed in a
> > small boutique hotel located in the heart of Avila, a walled medieval
> > city that is an UNESCO world heritage site, and in a nice hotel in
> > Madrid for the Madrid portion of the trip.  Cultural visits include
> > nearby historical cities such as Salamanca, La Sierra de Gredos and
> > Toledo.
> >
> > The seminar is appropriate for Spanish teachers, Spanish graduate
> > students, K-l2 Spanish teachers and MBA students who wish to perfect
> > their knowledge of the Spanish economic and business world while they
> > practice their Spanish.
> >
> > You may contact a nearest CIBER to inquire if they have any funds
> > available to sponsor your participation in this program. Click here for
> > list of 31 ciber's <http://ciberweb.msu.edu/cibers.asp>.
> >
> > Attached, please find a copy of brochure. A printable version can also
> > be downloaded from the link http://ciber.fiu.edu/files/pdibspain.pdf.
> > <http://ciber.fiu.edu/files/pdibspain.pdf <http://ciber.fiu.edu/files/pdibspain.pdf> >
> >
> > We look forward to hearing from you.
> >
> >
> > Sincerely.*/
> >              /*
> > Tita Kourany-Alvarez        Dr. Maida Watson
> > Associate Director          FIU-CIBER Foreign Language
> > Coordinator
> > (Tita.Kourany@fiu.edu <mailto: Tita.Kourany@fiu.edu <mailto:Tita.Kourany@fiu.edu> >)
> > (Watsonm@fiu.edu <mailto:Watsonm@fiu.edu>)
> >
> >
> > *PS:* /Please forward this email to appropriate Spanish faculty members
> > in your university and anyone else who might benefit from this program.
> >
> > /
> > <http://ciber.fiu.edu/pdibspain.htm>
> >
> > <http://ciber.fiu.edu/pdibspain.htm>
> >
> >
>

# EXHIBIT G

**Date:** Mon, 09 Apr 2007 07:32:21 -0400
**To:** <jdavis@howard.edu>

Dear James,

You and the administration have been hiding behind the students. This is the unkindest cut of all. I too am extremely angry at the cowardice of this appoach.

What I have done is in the best interest of all of the Howard University community, students, staff, and faculty.

Ian

----- Original Message -----
**From:** jdavis@howard.edu
**To:** Ian Smart
**Sent:** Monday, April 09, 2007 2:19 AM
**Subject:** Re: EMAIL/BLOG 4082007

Dear Ian,

This is really unkind to our student! Let's keep our students out of departmental battles. I am extremely angry and disappointed about this email for the student's sake. You have certainly expressed your point of view many times before without involving students in this way.

James

--
James J. Davis, Ph.D.
Chairman & Professor
Department of Modern Languages & Literatures
Howard University
Washington, DC 20059
202 806-6758 TEL
202 806-4514 FAX

------------- Original message -------------
From: "Ian Smart" <iansmart@verizon.net>
Dear Colleagues:

I thought you might be interested in reading this. Please note that I have just posted it on my BLOG on www.iansmart.com Please pass on the word. And, as they would say, "Que viva la revolución."

Ian

### WAS I RIGHT IN TAKING THE POSITION I TOOK?

Here's the situation.

A young African American woman has spent the last three years of her life as a student in our graduate program here in the Department of Modern Languages and Literatures of Howard University. She has had as her mentor for all this period a certain M.R., associate professor of Spanish and a member of the graduate faculty.

M.R. is a Caucasian female in her sixties. She comes from what was once rural Prince Georges County, Maryland. She managed to earn a Ph.D. in Spanish from the University of Maryland, College Park (UMCP) about a decade or so ago. This is the flagship campus of the University of Maryland and not only is it located at about 20 minutes drive from Howard University, but it is also located in the county from which M.R. comes, that is Prince Georges County, Maryland.

It would be important to reflect on the significance of M.R.'s being a product of the Department of Spanish and

of our graduate students, we routinely bring on board their graduate students. M.R. came to us while still a graduate

f 4

5/4/2007 12:52 AM

student of that Department. It is devoutly to be hoped that she will be remembered by them as one of their stellar students. Otherwise, they will view us as an inferior institution, one on which they can dump their weaker products.

M.R. appears to be quite satisfied with her job of mentoring the young black woman in the preparation of a masters thesis on salsa. Indeed, M.R. is in the habit of trotting out her black graduate students to put on a show of their academic prowess in forums which bring them before the eyes of the academic world outside of Howard. I had the opportunity to look at the supposedly "stellar" work of this particular young woman, and I found it to be woefully deficient. I can only imagine what the academics from outside of Howard must be saying to themselves.

I do believe that M.R. is helping to make our department the laughing stock of Academe. Indeed, we already established ourselves as buffoons when in 1987 the upper administration inflicted on us as chair of the department an individual who called himself a full professor of French, but had earned his doctorate in foreign language education and knew not a whole lot of French. This abuse continued when the upper administration made another unqualified individual—this time one who called himself a full professor of Spanish but had an earned Ph.D. is pseudo-sociology (and from the Department of Education of UMCP to boot)—chair of the department. In fact, this catastrophe of chair still sits astride the department, as he has for some thirteen years.

Now, back to the young African American woman. She came to our department with an interest in so-called "Afro-Hispanic" studies, she sought out M.R. as her mentor. This is probably because she was advised by my colleagues to avoid me like the plague. Having believed this calumny, the young woman found herself in the absurd position of presenting herself after three years of graduate study in the Department of Modern Languages and Literatures of Howard University for the M.A. comprehensive exams with "Afro-Hispanic" studies as her chosen major area of concentration but with only minimal contact with the most recognized scholar in that field.

She did not have the maturity, nay the common decency, to look beyond the calumnies. Now she's caught in the crossfire, for a major clash has erupted between the current bankrupt leadership of the University and the responsible elements of the faculty. The young African American woman may become one of the casualties, the collateral damage so to speak. She, however, like every human being, bears the responsibility for the choices she made.

I wish her well; and I have absolutely nothing against her personally. However, I have opted to take the principled position and to refuse to step in and save her bacon. This is, indeed, a "special period" in the life of the Capstone. For the first time the faculty has stepped up to the plate. Swygert is struggling to hold on to his cushy job. After all, it reportedly bringS him a cool million in total compensation yearly. The case of this young African American woman is representative of the devastation Swygert's leadership has visited on our beloved university.

Was I right in taking the position I took?
----- Original Message -----

**From:** jdavis@howard.edu
**To:** Matilde Martin ; M. Elvira Escudero-Alie ; Brittany Wake ; Felisha Davis ; Algris Bolton ; Frew Hailou ; B Lugo de Fabritz ; Eveline Ngo-Mbog-Nonga ; Cynthia Brevil ; Everett Catlin ; M Lyabaya ; Etsuko Yamakita ; Karen S. Wallace ; Carol A. Beane ; Derayeh DerakhsheSh ; Effie J. Boldridge ; Michiko Saito ; Clarissa Williams ; Amelia Mondragon ; Yvonne Poser ; Pauline Phipps-Foster ; Janice Nolan ; Marion E. Hines ; Aissatou Diop-Hashim ; Annette Dunzo ; Aleida Rodriguez ; Josephine Woll ; Francoise Pfaff ; Esther Kahn ; Svetlana Sibrina ; Marieline Sephocle ; Antonio Rodriguez ; Preston Robinson ; Doney Olivieri ; Paul E. Logan ; Ian I. Smart ; Mamadi Keita ; Matilde R. Holte ; Alphonso Frost ; Maria Roof ; Brenda Crawford ; Andrew Tucker ; ALBERTO REY ; Edith Jackson ; Tamiko S. Williams ; Vernessa White-Jackson ; < A title=raslanmoutraji@hotmail.com href="mailto:raslanmoutraji@hotmail.com">R. M. Moutra ; Mercedes V. Tibbits ; Aissatou Diop ; Alison Moses ; James J. Davis
**Sent:** Wednesday, April 04, 2007 12:41 AM
**Subject:** SMALL SCHOLARSHIPS FOR LCTLs

This is primarily directed to faculty in Arabic, Chinese, Japanese, Korean, Portuguese, Swahili, and Russian. I decided to send the email below to all faculty so that you might share it with potentially interested colleagues at Howard or other schools.

JJDAVIS

_____

Dear teacher (or administrator of a program)  of a less commonly taught language (LCTL)

I am writing to you with several purposes:

f 4

# EXHIBIT H

# HOWARD UNIVERSITY

COLLEGE OF ARTS AND SCIENCES
DEPARTMENT OF MODERN LANGUAGES AND LITERATURES

January 26, 2006

Dr. James A. Donaldson, Dean
College of Arts and Sciences
Howard University
Washington, DC 20059

Dear Dean Donaldson:

Attached is a copy of a letter from Dr. Maria Roof and ten (10) attached documents delivered to my office on January 24, 2006. In Dr. Roof's letter, she alleges that Dr. Ian I. Smart has engaged in harassment activities against her. She is appealing to the University, through me, to investigate and take appropriate actions against Dr. Smart. I am forwarding the documents to your office for advice on how to handle this matter. I am willing to meet with you to discuss the same.

I have discussed this matter briefly with Associate Dean Barbara Griffin so I am courtesy-copying the materials to her.

Sincerely,

James J. Davis
Chair

ATTACHMENTS

2400 Sixth Street, NW                                    (202) 806-6758

# EXHIBIT I

----- Original Message -----
From: María Roof <mariaroof@gmail.com>
To: R. Scott Oswald
Sent: Mon Apr 02 22:37:12 2007
Subject: Fwd: Fw: Eighth Annual Spanish Language Faculty Development
Program in SPAIN 2007

FYI. María

---------- Forwarded message ----------
From: María Roof <mroof@howard.edu>
Date: 02-abr-2007 22:16
Subject: Fw: Eighth Annual Spanish Language Faculty Development Program
in SPAIN 2007
To: "Davis, James J." <jdavis@howard.edu>

Dr. James J. Davis, Chairman, DMLL:

I would like to respectfully recommend that you take appropriate,
remedial, and immediate action relative to this email, which was sent
by Dr. Ian Smart to the whole Department of Modern Languages and
Literatures--the department chairperson, the department administrative
assistant, tenured faculty members, graduate teaching assistants (our
graduate students), Master Instructors, prorationary faculty, lecturers
and other temporary faculty, and the departmental secretary--with
obvious intent to deride, malign, and communicate false statements
about current members of the DMLL Graduate Faculty and also about other
professors teaching graduate courses.

I do not wholly recognize in Dr. Smart's descriptions the individual
professors whom Dr. Smart is attempting to hold up to derision in his
various allegations, except for Ms. María Elvira Luna Escudero-Alie,
who is obviously the linguistics professor he describes.

But since he refers to three Graduate Faculty voting on his
application, who were, I believe, Drs. Derakhshesh, Tibbits, and
myself, we are obviously included by implication in this unprovoked set
of false statements.

I respectfully suggest that you consult with the Howard University
General Counsel regarding the DMLL's liability regarding these derisive
and false statements by a faculty member against specific faculty
members--the GSAS-DMLL members, Drs. Derakhshesh, Dr. Tibbits, Dr.
Roof, which have now been communicated to others, a third party (other
members of the DMLL). I believe that the GC Office might wish to advise
you on how to proceed.

You might wish to point out to Dr. Smart, if your remedial action
includes addressing him with the force of logic, that, despite his
perception of events, no current DMLL Graduate Faculty members voting
on his recent application to the Graduate School had voted on his T&P
application back in
1985 (going by his date in the DUDE citation). All current members of
the Graduate Faculty achieved T&P after he did, so rather than "Life
Imitates Art," I would say, in my humble opinion, that "Lies Imitate
Fiction."

Therefore, his DUDE citation--"They have long memories, and they have been waiting to get him"--cannot apply. This is, of course, fiction, invention, memory that is displaced, recombined, or somehow merely illogical or oneiric.

Sincerely,

María Roof, Ph.D.
Associate Professor, DMLL


----- Original Message -----
From: "Ian Smart" < iansmart@verizon.net>
To: "Davis, James J." <jdavis@Howard.edu>; "Andrew Tucker"
< agtuckerus@yahoo.com <mailto:agtuckerus@yahoo.com> >; "Boldridge, Effie J." <eboldridge@Howard.edu>; "Carol A. Beane"
<michaelbplatt@verizon.net <mailto:michaelbplatt@verizon.net> >; "Doney Olivieri"
<doneygerardo@yahoo.com>; "Dunzo, Annette Ivory" <adunzo@Howard.edu>;
"Edith Jackson" <emjacksonzz@yahoo.com>; "Esther Kahn"
<Kahn299@yahoo.com>; "Everett Catlin" < Ecat55@yahoo.com
<mailto:Ecat55@yahoo.com> >; "Holte, Matilder R."
<mholte@Howard.edu>; "Janice Nolan" <nolanjm@rocketmail.com >; "Lezlie Shackell" <Lezlie.Shackell@us.army.mil>; "Luna Escudero-Alie, Maria-Elvira"
<melealie@howard.edu <mailto:melealie@howard.edu> >; "Mondragon, Amelia" <amondragon@Howard.edu>; "Pauline Phipps-Foster"
<pveolina@yahoo.com>; "Raslan Moutraji"
<Raslanmoutraji@hotmail.com>; "Rodriguez, Aleida A."
<a_a_rodriguez@Howard.edu>; "Rodriguez, Antonio" <
arodriguez@Howard.edu>; "Roof, Mary E." <mroof@Howard.edu>; "Tibbits, Mercedes V."
< mtibbits@Howard.edu <mailto:mtibbits@Howard.edu> >
Sent: Monday, April 02, 2007 6:54 PM
Subject: Re: Eighth Annual Spanish Language Faculty Development Program in SPAIN 2007


> Dear Colleagues,
>
> This might be of interest. I will post it on my blog.
>
> Sincerely,
> Ian
>
> LIFE IMITATES ART
>
>
>
> Here's a passage from Dude, Where's My HBCU?
>
>
>
> Ironman took her advice and, for the academic year 1984-85, kept his mouth
> shut and stood up for nothing. In the spring 1985, the APTC of the
> Department voted to recommend his promotion to the rank of full

professor.
> The only thing that had changed had been his attitude. The Ironman had
> almost bent over, at least to the point of shutting up and sitting down.
>
>                 For all his maturity and academic sophistication, there is still
> some of the boy in Ironman. So in the departmental faculty meeting following
> the APTC meeting in which he gained the positive vote, the Islands-man
> declared to the assembled colleagues that his period of silence was over.
> They have long memories, and they have been waiting to get him. They had
> some chance to assess his credentials every three years as Ironman sought to
> renew his membership on the graduate faculty. Since there was not much at
> stake, the most they could impose on him were some minor humiliations.
(46)
>
>
>
> I was informed today by the chair, James J. Davis, that my application for
> the singular honor of joining the distinguished group of graduate faculty
> members of the Department of Modern Languages and Literatures was voted down
> by the three members who reviewd my credentials.
>
>
>
> Could one of the three have been a colleague who teaches 11th grade civics
> to graduate students? Or another who uses as the main text in a graduate
> course a book designed for lower level undergraduates? Or another who
> teaches linguistics by having the graduate students read aloud in class
> quaint little stories? No it could not have been the latter since we have
> not descended to the absurdity of making graduate students at a sister
> instution bona fide members of our graduate studies committee. However, we
> have no problems drafting such a person to teach a graduate course.
>
>
>
>

```
>
>
>
>
>
> ----- Original Message -----
> From: "Davis, James J." <jdavis@Howard.edu>
> To: "Andrew Tucker" < agtuckerus@yahoo.com>; "Boldridge, Effie J."
> <eboldridge@Howard.edu>; "Carol A. Beane" < michaelbplatt@verizon.net
<mailto:michaelbplatt@verizon.net> >;
> "Davis, James J." <jdavis@Howard.edu>; "Doney Olivieri"
> <doneygerardo@yahoo.com <mailto:doneygerardo@yahoo.com> >; "Dunzo,
Annette Ivory" <adunzo@Howard.edu>;
"Edith
> Jackson" <emjacksonzz@yahoo.com>; "Esther Kahn" < Kahn299@yahoo.com>;
> "Everett Catlin" <Ecat55@yahoo.com>; "Holte, Matilder R."
> < mholte@Howard.edu <mailto:mholte@Howard.edu> >; "Ian I. Smart"
<iansmart@verizon.net>; "Janice Nolan"
> <nolanjm@rocketmail.com <mailto:nolanjm@rocketmail.com> >; "Lezlie
Shackell" <Lezlie.Shackell@us.army.mil>;
> "Luna Escudero-Alie, Maria-Elvira" <melealie@howard.edu
<mailto:melealie@howard.edu> >; "Mondragon,
> Amelia" <amondragon@Howard.edu>; "Pauline Phipps-Foster"
> <pveolina@yahoo.com <mailto:pveolina@yahoo.com> >; "Raslan Moutraji"
<Raslanmoutraji@hotmail.com>;
> "Rodriguez, Aleida A." <a_a_rodriguez@Howard.edu
<mailto:a_a_rodriguez@Howard.edu> >; "Rodriguez, Antonio"
> <arodriguez@Howard.edu>; "Roof, Mary E." <mroof@Howard.edu>;
"Tibbits,
> Mercedes V." <mtibbits@Howard.edu>
> Sent: Tuesday, March 20, 2007 4:26 PM
> Subject: FW: Eighth Annual Spanish Language Faculty Development
Program in
> SPAIN 2007
>
>
> > There are some scholarships available to participate in this.  Read
> > message
> > below.
> >
> > James J. Davis
> >
> >
> > -----Original Message-----
> > From: Florida Int'l University - CIBER [mailto:ciber@fiu.edu]
> > Sent: Tuesday, March 20, 2007 1:58 PM
> > To: jdavis@howard.edu
> > Subject: Eighth Annual Spanish Language Faculty Development Program
in
> > SPAIN
> > 2007
> >
> > Dear James Davis,
> >
> > The purpose of this letter is to invite participants for our 2007
> > Faculty Development program on Teaching Spanish for Business to be
held
```

> > in Madrid and Avila, Spain from June 10 to June 15, 2007.
> >
> > This will be the 8th year of the program in Spain. We have developed a
> > well organized program that not only affords participants opportunities
> > to learn about Spain's business world but about all the different
> > textbooks and resources available in Spain to teach Spanish for
> > Business. The program is taught completely in Spanish and combines
> > lectures of a high academic level with learning of an experiential
> > nature, such as visits to companies and cultural sites. Lectures on
> > banking and the political and social structures of Spain are given by
> > Spanish professionals, while lectures on dialect differences and
> > methodology are taught by Spanish academics. On site visits include
> > those to both large companies in Madrid and many of the small firms that
> > are so prevalent in Spanish speaking countries all over the world.
> >
> > We have not raised our cost at all, despite the mounting price of the
> > Euro, and plan to offer all our field trips, housing, and lectures that
> > we did during the Summer 2006 program. Participants are housed in a
> > small boutique hotel located in the heart of Avila, a walled medieval
> > city that is an UNESCO world heritage site, and in a nice hotel in
> > Madrid for the Madrid portion of the trip.  Cultural visits include
> > nearby historical cities such as Salamanca, La Sierra de Gredos and
> > Toledo.
> >
> > The seminar is appropriate for Spanish teachers, Spanish graduate
> > students, K-12 Spanish teachers and MBA students who wish to perfect
> > their knowledge of the Spanish economic and business world while they
> > practice their Spanish.
> >
> > You may contact a nearest CIBER to inquire if they have any funds
> > available to sponsor your participation in this program. Click here for
> > list of 31 ciber's <http://ciberweb.msu.edu/cibers.asp>.
> >
> > Attached, please find a copy of brochure. A printable version can also
> > be downloaded from the link http://ciber.fiu.edu/files/pdibspain.pdf.
> > <http://ciber.fiu.edu/files/pdibspain.pdf
<http://ciber.fiu.edu/files/pdibspain.pdf> >
> >
> > We look forward to hearing from you.
> >
> >
> > Sincerely,*/
> >                              /*
> > Tita Kourany-Alvarez            Dr. Maida Watson
> > Associate Director              FIU-CIBER Foreign Language

```
> > Coordinator
> > (Tita.Kourany@fiu.edu <mailto: Tita.Kourany@fiu.edu
<mailto:Tita.Kourany@fiu.edu> >)
> > (Watsonm@fiu.edu <mailto:Watsonm@fiu.edu>)
> >
> >
> > *PS:* /Please forward this email to appropriate Spanish faculty
members
> > in your university and anyone else who might benefit from this
program.
> >
> > /
> > <http://ciber.fiu.edu/pdibspain.htm>
> >
> > <http://ciber.fiu.edu/pdibspain.htm>
> >
> >
>
```

# EXHIBIT J

From: María Roof [mariaroof@gmail.com]
Sent: Monday, April 09, 2007 12:11 AM
To: R. Scott Oswald; Katherine R. Brouwer; Shaquita F. Wilson; cspray@bresnan.net;
Cynthia Smith
Subject: Fwd: Smart's email blog 040807 Easter Sunday


---------- Forwarded message ----------
From: Maria Roof <mroof@howard.edu>
Date: 08-abr-2007 22:30
Subject: Smart's email blog 040807 Easter Sunday
To: "Davis, James J." <jdavis@howard.edu>
Cc: C Williams <cwilliams.hu@gmail.com>


James: As Chairman, you must respond to this before leaving for CLA. It is CRIMINAL
to allow a professor to malign a student in this way, and probably illegal as well.

You cannot allow this harassment of a student by a professor to go unchallenged, and the
harassment was unprovoked. █████████ did nothing to invite this attack.

Her parents were already planning to come to campus to protest after Dr. Smart's
previous email. I counseled calm & focus, since she was writing her exams. I will no
longer counsel that.

You need to respond, James, and courageously lead the department through this. If you
don't, I will have to try to do it, and I am in a much weaker position than yours and have
little authority. You must do it, and I will send you some data & concrete thoughts in
another email.

Also, I assume that we will have the MA students present their thesis defense on Apr 24
or 25 (docs due to the GSAS by Apr 26). You must find a way to prevent Dr. Smart's
presence at those defenses by my students. I don't know what the proper mechanism
might be, but I believe that the aggressivity in this email is sufficient to get the equivalent
of an academic restraining order against his attendance at the defenses of my students.

James, you must act now on this!

Sincerely, María Roof

----- Original Message -----
From: Ian Smart
To: jdavis@howard.edu ; Matilde Martin ; M. Elvira Escudero-Alie ; Brittany Wake ;
Felisha Davis ; Algris Bolton ; Frew Hailou ; B Lugo de Fabritz ; Eveline Ngo-Mbog-
Nonga ; Cynthia Brevil ; Everett Catlin ; M Lyabaya ; Etsuko Yamakita ; Karen S.
Wallace ; Carol A. Beane ; Derayeh Derakhshesh ; Effie J. Boldridge ; Michiko Saito ;

Clarissa Williams ; Amelia Mondragon ; Yvonne Poser ; Pauline Phipps-Foster ; Janice Nolan ; Marion E. Hines ; Aissatou Diop-Hashim ; Annette Dunzo ; Aleida Rodriguez ; Josephine Woll ; Francoise Pfaff ; Esther Kahn ; Svetlana Sibrina ; Marieline Sephocle ; Antonio Rodriguez ; Preston Robinson ; Doney Olivieri ; Paul E. Logan ; Mamadi Keita ; Matilde R. Holte ; Alphonso Frost ; Maria Roof ; Brenda Crawford ; Andrew Tucker ; ALBERTO REY ; Edith Jackson ; Tamiko S. Williams ; Vernessa White-Jackson ; R. M. Moutra ; Mercedes V. Tibbits ; Alison Moses
Sent: Sunday, April 08, 2007 8:31 AM
Subject: Re: SMALL SCHOLARSHIPS FOR LCTLs


Dear Colleagues:

I thought you might be interested in reading this. Please note that I have just posted it on my BLOG on www.iansmart.com  Please pass on the word. And, as they would say, "Que viva la revolución."

Ian

---

WAS I RIGHT IN TAKING THE POSITION I TOOK?


Here's the situation.


A young African American woman has spent the last three years of her life as a student in our graduate program here in the Department of Modern Languages and Literatures of Howard University. She has had as her mentor for all this period a certain M.R., associate professor of Spanish and a member of the graduate faculty.


M.R. is a Caucasian female in her sixties. She comes from what was once rural Prince Georges County, Maryland. She managed to earn a Ph.D. in Spanish from the University of Maryland, College Park (UMCP) about a decade or so ago. This is the flagship campus of the University of Maryland and not only is it located at about 20 minutes drive from Howard University, but it is also located in the county from which M.R. comes, that is Prince Georges County, Maryland.


It would be important to reflect on the significance of M.R.'s being a product of the Department of Spanish and Portuguese of UMCP. Now, whereas that Department has never hired—and most likely will never consider hiring—one of our graduate students,

we routinely bring on board their graduate students. M.R. came to us while still a graduate student of that Department. It is devoutly to be hoped that she will be remembered by them as one of their stellar students. Otherwise, they will view us as an inferior institution, one on which they can dump their weaker products.

M.R. appears to be quite satisfied with her job of mentoring the young black woman in the preparation of a masters thesis on salsa. Indeed, M.R. is in the habit of trotting out her black graduate students to put on a show of their academic prowess in forums which bring them before the eyes of the academic world outside of Howard. I had the opportunity to look at the supposedly "stellar" work of this particular young woman, and I found it to be woefully deficient. I can only imagine what the academics from outside of Howard must be saying to themselves.

I do believe that M.R. is helping to make our department the laughing stock of Academe. Indeed, we already established ourselves as buffoons when in 1987 the upper administration inflicted on us as chair of the department an individual who called himself a full professor of French, but had earned his doctorate in foreign language education and knew not a whole lot of French. This abuse continued when the upper administration made another unqualified individual—this time one who called himself a full professor of Spanish but had an earned Ph.D. is pseudo-sociology (and from the Department of Education of UMCP to boot)—chair of the department. In fact, this catastrophe of chair still sits astride the department, as he has for some thirteen years.

Now, back to the young African American woman. She came to our department with an interest in so-called "Afro-Hispanic" studies, she sought out M.R. as her mentor. This is probably because she was advised by my colleagues to avoid me like the plague. Having believed this calumny, the young woman found herself in the absurd position of presenting herself after three years of graduate study in the Department of Modern Languages and Literatures of Howard University for the M.A. comprehensive exams with "Afro-Hispanic" studies as her chosen major area of concentration but with only minimal contact with the most recognized scholar in that field.

She did not have the maturity, nay the common decency, to look beyond the calumnies. Now she's caught in the crossfire, for a major clash has erupted between the current bankrupt leadership of the University and the responsible elements of the faculty. The young African American woman may become one of the casualties, the collateral damage so to speak. She, however, like every human being, bears the responsibility for the choices she made.

I wish her well; and I have absolutely nothing against her personally. However, I have opted to take the principled position and to refuse to step in and save her bacon. This is, indeed, a "special period" in the life of the Capstone. For the first time the faculty has stepped up to the plate. Swygert is struggling to hold on to his cushy job. After all, it reportedly bringS him a cool million in total compensation yearly. The case of this young African American woman is representative of the devastation Swygert's leadership has visited on our beloved university.


Was I right in taking the position I took?

----- Original Message -----
  From: jdavis@howard.edu
  To: Matilde Martin ; M. Elvira Escudero-Alie ; Brittany Wake ; Felisha Davis ; Algris Bolton ; Frew Hailou ; B Lugo de Fabritz ; Eveline Ngo-Mbog-Nonga ; Cynthia Brevil ; Everett Catlin ; M Lyabaya ; Etsuko Yamakita ; Karen S. Wallace ; Carol A. Beane ; Derayeh Derakhshesh ; Effie J. Boldridge ; Michiko Saito ; Clarissa Williams ; Amelia Mondragon ; Yvonne Poser ; Pauline Phipps-Foster ; Janice Nolan ; Marion E. Hines ; Aissatou Diop-Hashim ; Annette Dunzo ; Aleida Rodriguez ; Josephine Woll ; Francoise Pfaff ; Esther Kahn ; Svetlana Sibrina ; Marieline Sephocle ; Antonio Rodriguez ; Preston Robinson ; Doney Olivieri ; Paul E. Logan ; Ian I. Smart ; Mamadi Keita ; Matilde R. Holte ; Alphonso Frost ; Maria Roof ; Brenda Crawford ; Andrew Tucker ; ALBERTO REY ; Edith Jackson ; Tamiko S. Williams ; Vernessa White-Jackson ; R. M. Moutra ; Mercedes V. Tibbits ; Aissatou Diop ; Alison Moses ; James J. Davis
  Sent: Wednesday, April 04, 2007 12:41 AM
  Subject: SMALL SCHOLARSHIPS FOR LCTLs


  This is primarily directed to faculty in Arabic, Chinese, Japanese, Korean, Portuguese, Swahili, and Russian. I decided to send the email below to all faculty so that you might share it with potentially interested colleagues at Howard or other schools.


  JJDAVIS


  _____
  Dear teacher (or administrator of a program)   of a less commonly taught language (LCTL)


  I am writing to you with several purposes:

1. CARLA offers summer institutes, which are described below. There are some scholarship opportunities for LCTL teachers, which I hope you will consider for this summer.

2. I have your email from the LCTL project's database of LCTL offerings in North America, which I administer. This database is searchable from this page: http://carla.umn.edu/lctl/db . The database is the most visited page of all the very popular CARLA pages. So people find this resource very helpful. I would appreciate it if you checked the listings for you and your institution and let the project know of any updates, additions or corrections. We have made the updating easy, so if you see a mistake, just click on 'submit a correction' on the page that contains the information that needs updating. If you have a new course, click on " Add a new LCTL course" on the main search page, and fill out the information.

3. As all of us know, email addresses change constantly. I will go through our database and eliminate all emails that bounce, but if you have a better address for yourself, let me know.

Special Funding Support for LCTL Teachers
for Professional Development at the CARLA Summer Institutes

The University's National Resource Centers Institute for Global Studies (IGS) and the European Studies Consortium (ESC) are pleased to provide a limited number of $600 scholarships for teachers of less commonly taught languages (LCTLs) to attend any of the CARLA summer institutes. Applications are due by April 16, 2007.

See the following for more information and application materials:

European LCTLs
If you teach a European LCTL, you should use the ESC scholarship application at: http://www.esc.umn.edu/CARLA.htm
For more information, contact Laura Seifert at esc@umn.edu.

Non-European LCTLs
If you teach a LCTL from any country outside of Europe, you should use the IGS scholarship application at:
http://igs.cla.umn.edu/outreach/language.html

For more information, contact Klaas van der Sanden at vande001@umn.edu.

CARLA Summer Institutes 2007

The Center for Advanced Research on Language Acquisition (CARLA) at the University of Minnesota has sponsored a summer institute program for second language teachers since 1996. These internationally-known institutes reflect CARLA's commitment to link research and theory with practical applications for the classroom.

Each institute is highly interactive and includes discussion, theory-building, hands-on activities, and plenty of networking opportunities. Participants at the CARLA summer institutes have come from all over the world. They have included foreign language and ESL teachers at all levels of instruction, program administrators, and curriculum specialists. Over 2,000 language teachers have participated in the summer institute program since it began in 1996.

The institutes for summer 2007 are:

Immersion 101: An Introduction to Immersion Teaching for Chinese/Japanese
June 25-29, 2007 (Session 1)

Focusing on Learner Language:
Second Language Acquisition Basics for Teachers
July 16-20, 2007

Teaching and Learning Pragmatics:
Enhancing Learners' Ability to Use Second Language in Culturally Appropriate Ways
July 16-20, 2007

Meeting the Challenges of Immersion Education:
"How well do students speak the immersion language?"
July 16-20, 2007

Developing Assessments for the Second Language Classroom
July 23-27, 2007

Improving Language Learning:
Styles- and Strategies-Based Instruction
July 23-27, 2007

Developing Materials for Less Commonly Taught Languages (LCTLs)
July 23-27, 2007


Immersion 101: An Introduction to Immersion Teaching
June 23-27, 2007 (Session 1) -or- July 30-August 3, 2007 (Session 2)


Maximizing Study Abroad:
Teaching Strategies for Language and Culture Learning and Use
July 30-August 3, 2007


Culture as the Core in the Second Language Classroom
July 30-August 3, 2007

Using Technology in Second Language Teaching
July 30-August 3, 2007

The cost of each of the CARLA summer institutes is $300 if registration is received by May 31, 2007 and $350 after that date. More information and registration forms are available on the CARLA website at: http://www.carla.umn.edu/institutes/ or you can request a print copy of the brochure by contacting the CARLA office at: carla@umn.edu.


Note: The summer institutes were developed and are supported, in part, by the U.S. Department of Education's Title VI Language Resource Center program and by the University of Minnesota's College of Education and Human Development and College of Liberal Arts. The LCTL stipends are supported by the University of Minnesota's Title VI National Resource Centers.

**our apologies for cross-posting**


--
=================================================
Louis Janus
 Less Commonly Taught Languages (LCTL) Project
 Center for Advanced Research on Language Acquisition (CARLA)
 University of Minnesota
 619 Heller Hall (mail)
 674 Heller Hall (visiting)
 271 19th Avenue So.
 Minneapolis, MN 55455 USA
 phone: 612/624-9016; fax: 612/624-7514
 -------------------------------

LCTL@umn.edu  or  janus005@umn.edu
-------------------------------
http://www.carla.umn.edu/LCTL
http://www.carla.umn.edu/about/profiles/janus.html
========================================================

--
James J. Davis, Ph.D.
Chairman & Professor
Department of Modern Languages & Literatures
Howard University
Washington, DC 20059
202 806-6758 TEL
202 806-4514 FAX

# EXHIBIT K

**Subject:** Re: Your recent emails
**From:** Ian Smart <iansmart@verizon.net>
**Date:** Fri, 13 Jan 2006 11:20:55 -0500
**To:** jdavis@howard.edu


No problem, James. No more e-mails.

Peace,
Ian

----- Original Message -----
From: jdavis@howard.edu <mailto:jdavis@howard.edu>
To: iansmart@verizon.net <mailto:iansmart@verizon.net>
Sent: Friday, January 13, 2006 1:55 AM
Subject: Your recent emails

Dear Ian:

I know that I can't control your freedom of speech/writing.  I simply
appeal to you to consider stop sending the type of emails you have been
sending in the past two weeks to the entire faculty, staff, and graduate
students of the Department of Modern Languages and Literatures.

Sincerely,

James

# EXHIBIT L

**From:** Ian Smart [mailto:iansmart@verizon.net]
**Sent:** Monday, April 09, 2007 7:32 AM
**To:** jdavis@howard.edu
**Subject:** Re: EMAIL/BLOG 4082007

Dear James,

You and the administration have been hiding behind the students. This is the unkindest cut of all. I too am extremely angry at the cowardice of this appoach.

What I have done is in the best interest of all of the Howard University community, students, staff, and faculty.

Ian

> ----- Original Message -----
> **From:** jdavis@howard.edu
> **To:** Ian Smart
> **Sent:** Monday, April 09, 2007 2:19 AM
> **Subject:** Re: EMAIL/BLOG 4082007
>
> Dear Ian,
>
> This is really unkind to our student! Let's keep our students out of departmental battles. I am extremely angry and disappointed about this email for the student's sake. You have certainly expressed your point of view many times before without involving students in this way.
>
> James
>
> --
> James J. Davis, Ph.D.
> Chairman & Professor
> Department of Modern Languages & Literatures
> Howard University
> Washington, DC 20059
> 202 806-6758 TEL
> 202 806-4514 FAX
>
>
> -------------- Original message --------------
> From: "Ian Smart" <iansmart@verizon.net>
> Dear Colleagues:

I thought you might be interested in reading this. Please note that I have just posted it on my BLOG on www.iansmart.com Please pass on the word. And, as they would say, "Que viva la revolución."

Ian

---

WAS I RIGHT IN TAKING THE POSITION I TOOK?

Here's the situation.

A young African American woman has spent the last three years of her life as a student in our graduate program here in the Department of Modern Languages and Literatures of Howard University. She has had as her mentor for all this period a certain M.R., associate professor of Spanish and a member of the graduate faculty.

M.R. is a Caucasian female in her sixties. She comes from what was once rural Prince Georges County, Maryland. She managed to earn a Ph.D. in Spanish from the University of Maryland, College Park (UMCP) about a decade or so ago. This is the flagship campus of the University of Maryland and not only is it located at about 20 minutes drive from Howard University, but it is also located in the county from which M.R. comes, that is Prince Georges County, Maryland.

It would be important to reflect on the significance of M.R.'s being a product of the Department of Spanish and Portuguese of UMCP. Now, whereas that Department has never hired-and most likely will never consider hiring-one of our graduate students, we routinely bring on board their graduate students. M.R. came to us while still a graduate student of that Department. It is devoutly to be hoped that she will be remembered by them as one of their stellar students. Otherwise, they will view us as an inferior institution, one on which they can dump their weaker products.

M.R. appears to be quite satisfied with her job of mentoring the young black woman in the preparation of a masters thesis on salsa. Indeed, M.R. is in the habit of trotting out her black graduate students to put on a show of their academic prowess in forums which bring them before the eyes of the academic world outside of Howard. I had the opportunity to look at the supposedly "stellar" work of this particular young woman, and I found it to be woefully deficient. I can only imagine what the academics from outside of Howard must be saying to themselves.

I do believe that M.R. is helping to make our department the laughing stock of Academe. Indeed, we already established ourselves as buffoons when in 1987 the upper administration inflicted on us as chair of the department an individual who called himself a full professor of French, but had earned his doctorate in foreign language education and knew not a whole lot of French. This abuse continued when the upper administration made another unqualified individual-this time one who called himself a full professor of Spanish but had an earned Ph.D. is pseudo-sociology (and from the Department of Education of UMCP to boot)-chair of the department. In fact, this catastrophe of chair still sits astride the department, as he has for some thirteen years.

Now, back to the young African American woman. She came to our department with an interest in so-called "Afro-Hispanic" studies, she sought out M.R. as her mentor. This is probably because she was advised by my colleagues to avoid me like the plague. Having

believed this calumny, the young woman found herself in the absurd position of presenting herself after three years of graduate study in the Department of Modern Languages and Literatures of Howard University for the M.A. comprehensive exams with "Afro-Hispanic" studies as her chosen major area of concentration but with only minimal contact with the most recognized scholar in that field.

She did not have the maturity, nay the common decency, to look beyond the calumnies. Now she's caught in the crossfire, for a major clash has erupted between the current bankrupt leadership of the University and the responsible elements of the faculty. The young African American woman may become one of the casualties, the collateral damage so to speak. She, however, like every human being, bears the responsibility for the choices she made.

I wish her well; and I have absolutely nothing against her personally. However, I have opted to take the principled position and to refuse to step in and save her bacon. This is, indeed, a "special period" in the life of the Capstone. For the first time the faculty has stepped up to the plate. Swygert is struggling to hold on to his cushy job. After all, it reportedly bringS him a cool million in total compensation yearly. The case of this young African American woman is representative of the devastation Swygert's leadership has visited on our beloved university.

Was I right in taking the position I took?
----- Original Message -----
**From:** jdavis@howard.edu
**To:** Matilde Martin ; M. Elvira Escudero-Alie ; Brittany Wake ; Felisha Davis ; Algris Bolton ; Frew Hailou ; B Lugo de Fabritz ; Eveline Ngo-Mbog-Nonga ; Cynthia Brevil ; Everett Catlin ; M Lyabaya ; Etsuko Yamakita ; Karen S. Wallace ; Carol A. Beane ; Derayeh Derakhshesh ; Effie J. Boldridge ; Michiko Saito ; Clarissa Williams ; Amelia Mondragon ; Yvonne Poser ; Pauline Phipps-Foster ; Janice Nolan ; Marion E. Hines ; Aissatou Diop-Hashim ; Annette Dunzo ; Aleida Rodriguez ; Josephine Woll ; Francoise Pfaff ; Esther Kahn ; Svetlana Sibrina ; Marieline Sephocle ; Antonio Rodriguez ; Preston Robinson ; Doney Olivieri ; Paul E. Logan ; Ian I. Smart ; Mamadi Keita ; Matilde R. Holte ; Alphonso Frost ; Maria Roof ; Brenda Crawford ; Andrew Tucker ; ALBERTO REY ; Edith Jackson ; Tamiko S. Williams ; Vernessa White-Jackson ; < A title=raslanmoutraji@hotmail.com href="mailto:raslanmoutraji@hotmail.com">R. M. Moutra ; Mercedes V. Tibbits ; Aissatou Diop ; Alison Moses ; James J. Davis
**Sent:** Wednesday, April 04, 2007 12:41 AM
**Subject:** SMALL SCHOLARSHIPS FOR LCTLs

This is primarily directed to faculty in Arabic, Chinese, Japanese, Korean, Portuguese, Swahili, and Russian. I decided to send the email below to all faculty so that you might share it with potentially interested colleagues at Howard or other schools.

JJDAVIS

Dear teacher (or administrator of a program)  of a less commonly taught language (LCTL)

I am writing to you with several purposes:

1. CARLA offers summer institutes, which are described below. There are some scholarship opportunities for LCTL teachers, which I hope you will consider for this summer.

2. I have your email from the LCTL project's database of LCTL offerings in North America, which I administer. This database is searchable from this page: http://carla.umn.edu/lctl/db . The database is the most visited page of all the very popular CARLA pages. So people find

this resource very helpful. I would appreciate it if you checked the listings for you and your institution and let the project know of any updates, additions or corrections. We have made the updating easy, so if you see a mistake, just click on 'submit a correction' on the page that contains the information that needs updating. If you have a new course, click on "Add a new LCTL course" on the main search page, and fill out the information.

3. As all of us know, email addresses change constantly. I will go through our database and eliminate all emails that bounce, but if you have a better address for yourself, let me know.


Special Funding Support for LCTL Teachers
for Professional Development at the CARLA Summer Institutes
The University's National Resource Centers Institute for Global Studies (IGS) and the European Studies Consortium (ESC) are pleased to provide a limited number of $600 scholarships for teachers of less commonly taught languages (LCTLs) to attend any of the CARLA summer institutes. Applications are due by April 16, 2007.
See the following for more information and application materials:
European LCTLs
If you teach a European LCTL, you should use the ESC scholarship application at:
http://www.esc.umn.edu/CARLA.htm
For more information, contact Laura Seifert at esc@umn.edu.

Non-European LCTLs
If you teach a LCTL from any country outside of Europe, you should use the IGS scholarship application at:
http://igs.cla.umn.edu/outreach/language.html
For more information, contact Klaas van der Sanden at vande001@umn.edu.

CARLA Summer Institutes 2007
The Center for Advanced Research on Language Acquisition (CARLA) at the University of Minnesota has sponsored a summer institute program for second language teachers since 1996. These internationally-known institutes reflect CARLA's commitment to link research and theory with practical applications for the classroom.

Each institute is highly interactive and includes discussion, theory-building, hands-on activities, and plenty of networking opportunities. Participants at the CARLA summer institutes have come from all over the world. They have included foreign language and ESL teachers at all levels of instruction, program administrators, and curriculum specialists. Over 2,000 language teachers have participated in the summer institute program since it began in 1996.
The institutes for summer 2007 are:
Immersion 101: An Introduction to Immersion Teaching for Chinese/Japanese
June 25-29, 2007 (Session 1)
Focusing on Learner Language:
Second Language Acquisition Basics for Teachers
July 16-20, 2007
Teaching and Learning Pragmatics:
Enhancing Learners' Ability to Use Second Language in Culturally Appropriate Ways
July 16-20, 2007

6/8/2007

Meeting the Challenges of Immersion Education:
"How well do students speak the immersion language?"
July 16-20, 2007

Developing Assessments for the Second Language Classroom
July 23-27, 2007

Improving Language Learning:
Styles- and Strategies-Based Instruction
July 23-27, 2007

Developing Materials for Less Commonly Taught Languages (LCTLs)
July 23-27, 2007

Immersion 101: An Introduction to Immersion Teaching
June 23-27, 2007 (Session 1) -or- July 30-August 3, 2007 (Session 2)

Maximizing Study Abroad:
Teaching Strategies for Language and Culture Learning and Use
July 30-August 3, 2007

Culture as the Core in the Second Language Classroom
July 30-August 3, 2007
Using Technology in Second Language Teaching
July 30-August 3, 2007
The cost of each of the CARLA summer institutes is $300 if registration is received by May 31, 2007 and $350 after that date. More information and registration forms are available on the CARLA website at: http://www.carla.umn.edu/institutes/ or you can request a print copy of the brochure by contacting the CARLA office at: carla@umn.edu.

Note: The summer institutes were developed and are supported, in part, by the U.S. Department of Education's Title VI Language Resource Center program and by the University of Minnesota's College of Education and Human Development and College of Liberal Arts. The LCTL stipends are supported by the University of Minnesota's Title VI National Resource Centers.
**our apologies for cross-posting**

--
========================================================
Louis Janus
 Less Commonly Taught Languages (LCTL) Project
 Center for Advanced Research on Language Acquisition (CARLA)
 University of Minnesota
 619 Heller Hall (mail)
674 Heller Hall (visiting)
 271 19th Avenue So.
 Minneapolis, MN 55455 USA
 phone: 612/624-9016; fax: 612/624-7514
-------------------------------
 LCTL@umn.edu  or  janus005@umn.edu
-------------------------------

http://www.carla.umn.edu/LCTL
http://www.carla.umn.edu/about/profiles/janus.html
==========================================================

--
James J. Davis, Ph.D.
Chairman & Professor
Department of Modern Languages & Literatures
Howard University
Washington, DC 20059
202 806-6758 TEL
202 806-4514 FAX

# EXHIBIT M

HOWARD UNIVERSITY

COLLEGE OF ARTS AND SCIENCES
DEPARTMENT OF MODERN LANGUAGES AND LITERATURES

April 8, 2007

Dr. Ian I. Smart
Professor
Department of Modern Languages and Literatures
Howard University
Washington, DC 20059

Dear Dr. Smart:

I write to express my concerns regarding the emailed message (April 08, 2007) that you sent to the entire departmental distribution list. My major concern is that you have embarrassed, in my opinion, a graduate student in a public forum: the internet. I note that you did not name her, but your narrative offers enough details for me (and others) to deduce to whom you are making reference. I recently expressed verbally to you my concerns and disagreements regarding your interactions with Ms. Felisha Davis, a first year graduate student in Spanish, who reported to me via email you that you had asked her to leave your office. You explained to me that "she crossed the line" and offered no further details.

In a related matter, I just learned that, through an increasing number of communications that I have received in response to your above-referenced email, Dr. Maria Roof filed on April 04, 2007 a compliant with EEOC against Howard University and specifically against you for racial discrimination and harassment in the workplace. As I understand it, you will soon be served an official notice of this action.

Finally, I ask that you stop sending emails regarding student performance. I believe that they are in violation of privacy rules and regulations.

Sincerely,

James J. Davis
Chair

2400 Sixth Street, NW
Washington, DC 20059

(202) 806-6758
Fax (202) 806-4514