UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DR. MARY ROOF,** | ) |
|  | ) |
| Plaintiff, | ) C.A. No. 07-639 ESH |
|  | ) |
| v. | ) |
|  | ) |
| **HOWARD UNIVERSITY** | ) |
|  | ) |
| And | ) |
|  | ) |
| **DR. IAN I SMART,** | ) |
|  | ) |
| Defendants. | ) |

**CONSENT MOTION OF DEFENDANT IAN I. SMART FOR ENLARGEMENT OF TIME FOR FILING ANSWER OR OTHERWISE RESPONDING TO AMENDED COMPLAINT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Defendant Ian I. Smart respectfully requests the Court grant him an enlargement of time of ten business days for filing an Answer or otherwise responding to the Amended Complaint. The response to the Amended Complaint is currently due July 11, 2007.

Counsel for defendant Ian Smart is devoting nearly all of his efforts to the preparation of Opposition to Motion for Summary Judgement in *Velikonja v. Gonzales*, C.A. No 03-832 ESH, that is currently due on July 16, 2006.

The short extension requested by defendant Ian Smart will neither materially delay the proceedings in this case nor prejudice any party.

The undersigned counsel for defendant Ian Smart is also continuing to explore the possibility of settlement with Professor Roof.

1

Counsel for plaintiff, R. Scott Oswald, graciously consented to this motion.

Accordingly, plaintiff respectfully requests the Court enlarge the time for filing an Answer or otherwise responding to the Complaint to and including July 25, 2007. A draft Order is attached.

Respectfully submitted,

_____/S/_____
John F. Karl, Jr.  292458
Karl & Tarone
900 17th Street, N.W.
Suite 1250
Washington, D.C. 20006
(202) 293-3200
Counsel for Defendant Ian I. Smart

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DR. MARY ROOF,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**HOWARD UNIVERSITY** )<br>)<br>And )<br>)<br>**DR. IAN I SMART,** )<br>)<br>Defendants. )<br>) | C.A. No. 07-639 ESH |

**ORDER**

Upon consideration of the Consent Motion of Defendant Ian Smart for Enlargement of Time for Filing An Answer or Otherwise Responding to the Complaint, the lack of Opposition thereto, and the entire record herein, it is this ____ day of July, 2007, hereby

ORDERED that Defendant's Motion should be, and hereby is, granted; and it is further

ORDERED that Defendant shall file his Answer, or otherwise respond to the Complaint no later than July 25, 2007.

_____
Ellen S. Huvelle
U.S. District Judge

cc: BY ECF

    R. Scott Osward, Esquire
    Adam Augustine Carter, Esquire
    The Employment Law Group P.C.
    888 17th Street, N.W
    Suite 900
    Washington, D.C. 20006
    Counsel for Plaintiff

    Daniel I. Prywes, Esquire
    Stacey T. Ormsby, Esquire
    BRYAN CAVE, LLP
    700 Thirteenth St., N.W.
    Suite 700
    Washington, D.C. 20005
    Counsel for Defendant Howard University

    John F. Karl, Jr.
    Karl & Tarone
    900 17th Street, N.W.
    Suite 1250
    Washington, D.C. 20006
    Counsel for Defendant Ian I. Smart