UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DR. MARY ROOF, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:07-cv-00639 |
|  | ) Hon. Ellen S. Huvelle |
| HOWARD UNIVERSITY, | ) |
| and | ) |
| DR. IAN I. SMART, | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL AS TO DEFENDANT, DR. IAN I SMART *ONLY***

Pursuant to Fed. R. Civ. P. 41(a)(1), the Clerk of the Court will please note the dismissal, with prejudice, of all claims in this matter brought by Plaintiff, Dr. Mary Roof, against Defendant Dr. Ian I. Smart *only*.

/s/ R. Scott Oswald
R. Scott Oswald, DC Bar No. 458859
Adam Augustine Carter, DC Bar No. 437381
The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006
(202) 261-2806
 (202) 261-2835 (facsimile)
soswald@employmentlawgroup.net
acarter@employmentlawgroup.net
*Counsel for Plaintiff*