UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. MARY ROOF, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:07-cv-00639 |
| | ) Hon. Ellen S. Huvelle |
| HOWARD UNIVERSITY, | ) |
| and | ) |
| DR. IAN I. SMART, | ) |
| Defendants. | ) |

**ORDER**

NOW THEREFORE, upon consideration of Plaintiff Dr. Mary Roof's Motion to Strike Exhibit to Defendant Howard University's Reply Memorandum in Further Support of its Motion to Dismiss and any opposition filed in response thereto, it is by the Court this ___ day of July, 2007,

**ORDERED** that Plaintiff's Motion to Strike Exhibit to Defendant Howard University's Reply Memorandum in Further Support of its Motion to Dismiss is **GRANTED.**

_____
Ellen S. Huvelle
United States District Judge

Sent to:

R. Scott Oswald, DC Bar No. 458859
Adam Augustine Carter, DC Bar No. 437381
The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006
*Counsel for Plaintiff*

AND

Daniel I. Prywes, Esq.
BRYAN CAVE
700 Thirteenth Street, N.W.
Washington, D.C. 20005-3960

*Counsel for Defendant Howard University*