UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. MARY ROOF, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HOWARD UNIVERSITY, *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 1:07-cv-00639<br>Hon. Ellen S. Huvelle |

## NOTICE OF FILING

PLEASE TAKE NOTICE that Plaintiff Dr. Mary Roof has attached a proposed order to accompany Plaintiff's Motion to Strike Exhibit to Defendant Howard University's Reply Memorandum in Further Support of its Motion to Dismiss which was filed with this Court on July 27, 2007, and hereby requests that the Clerk of this Court file said proposed order on this date in the above referenced matter.

Dated: July 30, 2007

                                                           Dr. Mary Roof
                                                           *By Counsel*

/s/ R. Scott Oswald
R. Scott Oswald, DC Bar No. 458859
Adam Augustine Carter, DC Bar No. 437381
The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006
(202) 261-2806
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.net
acarter@employmentlawgroup.net
*Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Filing was delivered via ECF this 30th day of July, 2007, to:

Daniel I. Prywes, Esq.
BRYAN CAVE
700 Thirteenth Street, N.W.
Washington, D.C. 20005-3960

*Counsel for Defendant Howard University*


                                                   /s/ R. Scott Oswald
                                                 R. Scott Oswald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. MARY ROOF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-00639 |
| ) | Hon. Ellen S. Huvelle |
| ) | |
| HOWARD UNIVERSITY, ) | |
| ) | |
| and ) | |
| ) | |
| DR. IAN I. SMART, ) | |
| ) | |
| Defendants. ) | |

## ORDER

NOW THEREFORE, upon consideration of Plaintiff Dr. Mary Roof's Motion to Strike Exhibit to Defendant Howard University's Reply Memorandum in Further Support of its Motion to Dismiss and any opposition filed in response thereto, it is by the Court this ___ day of July, 2007,

**ORDERED** that Plaintiff's Motion to Strike Exhibit to Defendant Howard University's Reply Memorandum in Further Support of its Motion to Dismiss is **GRANTED.**

_____
Ellen S. Huvelle
United States District Judge

Sent to:

R. Scott Oswald, DC Bar No. 458859
Adam Augustine Carter, DC Bar No. 437381
The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006
*Counsel for Plaintiff*

AND

Daniel I. Prywes, Esq.
BRYAN CAVE
700 Thirteenth Street, N.W.
Washington, D.C. 20005-3960

*Counsel for Defendant Howard University*