UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. MARY ROOF, | ) )  ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 07-639 (ESH) ) |
| HOWARD UNIVERSITY, | ) ) |
| Defendant. | ) ) ) |

## ORDER

For the reasons set forth in the accompanying memorandum opinion, defendant's motion for judgment on the pleadings [Dkt. 15] is **GRANTED**, and plaintiff's complaint is dismissed with prejudice.

It is further ordered that plaintiff's motion to strike defendant's Exhibit 1 [Dkt. 22] is also **GRANTED**.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　ELLEN SEGAL HUVELLE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: August 17, 2007