## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Dr. Mary Roof
_____
                    Plaintiff

vs.                                          Civil Action No. 1:07-cv-00639 ESH

Howard University
_____
                    Defendant


## NOTICE OF APPEAL


Notice is hereby given this ____13th____ day of __September_____, 20_07____, that

Dr. Mary Roof
_____

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgement

of this Court entered on the ____17th____ day of __August_____, 20_07____, in favor of _____

Howard University
_____ against said ____

Dr. Mary Roof
_____

_____
                    Attorney or Pro Se Litigant
                    202-261-2803
                    D.C. Bar # 437381

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days in the United States or officer or agency is a party)


**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:
Daniel I. Prywes, Esq.
BRYAN CAVE
700 Thirteenth Street, N.W.
Washington, D.C.  20005-3960

[USCADC Form __ (Rev. May 2004)]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of September, 2007, a true and correct copy

of Plaintiff Dr. Mary Roof's Notice of Appeal has been served upon the following via electronic

service:

Daniel I. Prywes, Esq.
BRYAN CAVE
700 Thirteenth Street, N.W.
Washington, D.C.  20005-3960
*Counsel for Defendant Howard University*

Adam Augustine Carter, DC Bar No. 437381
The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006
(202) 261-2806
(202) 261-2835 (facsimile)
acarter@employmentlawgroup.net
*Counsel for Plaintiff*