# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-7133**                                          **September Term, 2007**

07cv00639

Filed On: February 5, 2008

[1097198]
Mary Roof,

      Appellant

v.

Howard University,

      Appellee

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 3/14/08
BY: [signature], Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**BEFORE:** Sentelle, Brown and Griffith, Circuit Judges

## ORDER

Upon consideration of the motion for summary affirmance, the opposition thereto, and the reply, it is

**ORDERED** that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). Appellant has failed to show that appellee Howard University could be held liable for the conduct of appellant's co-worker at issue here. See Curry v. Dist. of Columbia, 195 F.3d 654, 661 (D.C. Cir. 1999).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True Copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk